**KIMBERLY MAXSON-RUSHTON, ESQ.**
**Nevada Bar No. 5065**
**R. SCOTT RASMUSSEN, ESQ.**
**Nevada Bar No. 6100**
**COOPER LEVENSON, P.A.**
**1835 Village Center Circle**
**Las Vegas, Nevada 89134**
**T: (702) 366-1125**
**F: (702) 366-1857**
**krushton@cooperlevenson.com**
*Attorneys for Plaintiffs*

**and**

**ALFRED J. BENNINGTON, JR., ESQ.**
**Florida Bar No. 404985**
(*Pro hac vice* **to be filed**)
**GLENNYS ORTEGA RUBIN, ESQ.**
**Florida Bar No. 556361**
(*Pro hac vice* **to be filed**)
**SHUTTS & BOWEN LLP**
**300 South Orange Avenue, Suite 1000**
**Orlando, Florida 32801**
**T: (407) 835-6755**
**F: (407) 849-7255**
**bbennington@shutts.com**
**grubin@shutts.com**
*Attorneys for Plaintiffs*

**and**

**DANIEL J. BARSKY, ESQ.**
**Florida Bar No. 25713**
(*Pro hac vice* **to be filed**)
**SHUTTS & BOWEN LLP**
**200 South Biscayne Boulevard, Suite 4100**
**Miami, Florida 33131**
**T: (561) 650-8518**
**F: (561) 822-5527**
**dbarsky@shutts.com**
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS CORPORATION, a Maryland corporation, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company, and DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation, | CASE NO. 2:17-cv-03007-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO MOTION TO DISMISS**<br><br>**(FIRST REQUESTED EXTENSION)** |

CLAC 4372549.1

|  | |
|---|---|
| Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC, a Washington limited liability company, d/b/a TIMESHARE EXIT TEAM; BRANDON REED, an individual and citizen of the state of Washington; TREVOR HEIN, an individual and citizen of Canada; and SCOTT LOUGHRAM, an individual and citizen of the state of Washington,<br><br>Defendants. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO MOTION TO DISMISS**<br><br>**(FIRST REQUESTED EXTENSION)** |

WHEREAS, Plaintiffs' filed their Complaint on December 6, 2017. The Complaint contained six causes of action, which include: 1) Tortious Interference with a Contract, 2) Intentional Interference with Prospective Economic Advantage, 3) Violation of The Lanham Act, 4) False Advertising Under the Lanham Act, 5) Violation of Nevada's Deceptive Trade Practices Act, and 5) Temporary and Permanent Injunctive Relief;

WHEREAS, given the various causes of action and the complexity of the legal issues involved, Defendants were granted a 38-day extension to file an Answer to the Complaint (ECF. No. 17);

WHEREAS, on February 16, 2018, Defendants' filed a Motion to Dismiss (ECF. No. 22);

WHEREAS, pursuant to LR IA 6-1, this is the first stipulation for an extension of time for Plaintiffs to file a responsive pleading to Defendants' Motion to Dismiss (ECF. No. 22);

WHEREAS, Plaintiffs need additional time to draft and file a responsive pleading to the Motion to Dismiss, the parties have agreed to extend the deadline for Plaintiffs to file a responsive pleading by an additional 30 days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 4372549.1

As a result of the extension of time, Plaintiffs' responsive pleading to the Motion to Dismiss (ECF. No. 22) will be due on April 2, 2018.

Respectfully submitted this 27th day of February, 2018.

| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP. | COOPER LEVENSON, P.A. |
| /s/ David T. Gluth | /s/ Kimberly Maxson-Rushton |
| Robert S. Larsen, Esq.<br>Nevada Bar No. 007785<br>David T. Gluth, Esq.<br>Nevada Bar No. 010596<br>300 S. 4th Street-Suite 1550<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants | Kimberly Maxson-Rushton<br>Nevada Bar No. 005065<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiffs |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court
DATED: February 28, 2018.

CLAC 4372549.1