# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., *et al.*, | |
| Plaintiffs, | 2:17-cv-03007-RFB-VCF |
| vs. | **ORDER** |
| REED HEIN & ASSOCIATES, LLC, *et al.*, | |
| Defendants. | |

Before the Court is the proposed Discovery Plan and Scheduling Order (ECF No. 26).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the proposed Discovery Plan and Scheduling Order (ECF No. 26) is scheduled for 11:00 AM, April 9, 2018, in Courtroom 3D.

DATED this 30th day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE