1  **KIMBERLY MAXSON-RUSHTON, ESQ.**
   **Nevada Bar No. 5065**
2  **GREGORY A. KRAEMER, ESQ.**
   **Nevada Bar No. 10911**
3  **COOPER LEVENSON, P.A.**
   **1835 Village Center Circle**
4  **Las Vegas, Nevada 89134**
   **T: (702) 366-1125**
5  **F: (702) 366-1857**
   **krushton@cooperlevenson.com**
6  **gkraemer@cooperlevenson.com**
   *Attorneys for Plaintiffs*
7
   and
8
   **ALFRED J. BENNINGTON, JR., ESQ.**
9  **Florida Bar No. 404985**
   (*Pro hac vice* to be filed)
10 **GLENNYS ORTEGA RUBIN, ESQ.**
   **Florida Bar No. 556361**
11 (*Pro hac vice* to be filed)
   **SHUTTS & BOWEN LLP**
12 **300 South Orange Avenue, Suite 1000**
   **Orlando, Florida 32801**
13 **T: (407) 835-6755**
   **F: (407) 849-7255**
14 **bbennington@shutts.com**
   **grubin@shutts.com**
15 *Attorneys for Plaintiffs*

16 and

17 **DANIEL J. BARSKY, ESQ.**
   **Florida Bar No. 25713**
18 (*Pro hac vice* to be filed)
   **SHUTTS & BOWEN LLP**
19 **200 South Biscayne Boulevard, Suite 4100**
   **Miami, Florida 33131**
20 **T: (561) 650-8518**
   **F: (561) 822-5527**
21 **dbarsky@shutts.com**
   *Attorneys for Plaintiffs*

22

23              **IN THE UNITED STATES DISTRICT COURT**

24                **FOR THE DISTRICT OF NEVADA**

25 | DIAMOND RESORTS INTERNATIONAL, | CASE NO. 2:17-cv-03007-RFB-VCF
   INC., a Delaware corporation; DIAMOND
26 RESORTS CORPORATION, a Maryland | **MOTION ENLARGEMENT OF TIME**
   corporation, DIAMOND RESORTS U.S.
27 COLLECTION DEVELOPMENT, LLC, a
   Delaware limited liability company, and
28 DIAMOND RESORTS MANAGEMENT,

1     INC., an Arizona corporation,

2              Plaintiffs,

3     vs.

4     REED HEIN & ASSOCIATES, LLC, a      **MOTION ENLARGEMENT OF TIME**
Washington limited liability company, d/b/a
5     TIMESHARE EXIT TEAM; BRANDON
REED, an individual and citizen of the state of
6     Washington; TREVOR HEIN, an individual and
citizen of Canada; and SCOTT LOUGHRAM,
7     an individual and citizen of the state of
Washington,
8
             Defendants.
9

10       Plaintiffs Diamond Resorts International, Inc., Diamond Resorts Corporation, Diamond

11   Resorts U.S. Collection Development, LLC, and Diamond Resorts Management, Inc. (collectively,

12   "Diamond"), request that the Court enlarge the deadline for the parties to file their proposed

13   confidentiality order. Defense counsel has informed counsel for Plaintiffs that defense counsel is

14   presently in trial and cannot review the proposed confidentiality order. Plaintiffs therefore request an

15

16   additional 10 days to file the proposed confidentiality order with the Court. As no discovery

17   responses are yet due this request does not prejudice any party to this action.

18   DATED this 25th day of May, 2018.

19                                    COOPER LEVENSON, P.A.

20                                    SHUTTS & BOWEN LLP

21                                    /s/ Gregory A. Kraemer
                                   **KIMBERLY MAXON-RUSHTON**
22                                    **Nevada Bar No. 5065**
                                   **GREGORY A. KRAEMER, ESQ.**
23                                    **Nevada Bar No. 10911**
                                   **1835 Village Center Circle**
                                   **Las Vegas, Nevada 89134**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**                    **and**
**DATED:**     5-29-2018

                                   **ALFRED J. BENNINGTON, JR., ESQ.**
                                   **Florida Bar No. 404985**
                                   **(Admitted _Pro Hac Vice_)**
28                                  **GLENNYS ORTEGA RUBIN, ESQ.**
                                   **Florida Bar No. 556361**
                                   **(Admitted _Pro Hac Vice_)**

**SHUTTS & BOWEN LLP**
**300 South Orange Avenue, Suite 1600**
**Orlando, Florida 32801**

and

**DANIEL J. BARSKY, ESQ.**
**Florida Bar No. 25713**
*(Pro Hac Vice* Filed)
**SHUTTS & BOWEN LLP**
**200 South Biscayne Boulevard, Suite 4100**
**Miami, Florida 33131**


*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of May, 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will serve a Notice of Electronic Filing upon the following CM/ECF Participants, and on the above date I served a true and correct copy of the foregoing **MOTION ENLARGEMENT OF TIME** via U.S. Mail, postage prepaid, upon the following non-CM/ECF Participants:

## CM/ECF PARTICIPANTS

Bruce Alan Finck, Esq.
Email: bfinck@bentonorr.com
Kevin M. McCormick, Esq.
kmccormick@bentonorr.com
Panda Kroll, Esq.
Email: pkroll@bentonorr.com
Benton, Orr, Duval & Buckingham
39 North California Street
Ventura, California 93001
Telephone: 805-648-5111

And

Robert S. Larsen, Esq.
Email: rlarsen@grsm.com
David T. Gluth, II, Esq.
Email: dgluth@grsm.com
Gordon Rees, Scully Mansukhani, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: 702-577-9301

*Attorneys for Defendants, Reed Hein & Associates, LLC d/b/a Timeshare Exit Team, Brandon Reed, Trevor Hein, and Scott Loughram*

CLAC 4501785.1

4