ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail: rlarsen@grsm.com
          dgluth@grsm.com
          wrenn@grsm.com

*Attorneys for Defendants Reed Hein & Associates,*
*Brandon Reed, Trevor Hein and Thomas Parenteau*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS CORPORATION, a Maryland corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; and DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL REED SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S. A Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of Oklahoma, <br><br> Defendants. | Case No.:  2:17-cv-03007-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO AMENDED COMPLAINT [ECF NO. 59]** |

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV  89101*

**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER**

**TO AMENDED COMPLAINT [ECF NO. 59]**

Pursuant to Local Rules 6-1 and 7-1, Plaintiffs DIAMOND RESORTS INTERNATIONAL. INC.; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; and DIAMOND RESORTS MANAGEMENT, INC., ("Plaintiffs"), and Defendants REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM; BRANDON REED; and TREVOR HEIN ("Reed Hein Defendants"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1.      Plaintiffs filed their Complaint on December 6, 2017 [ECF No. 1].

2.      The Reed Hein Defendants filed a motion to dismiss. [ECF No. 22].

3.      The Court dismissed certain claims and the individual defendants from the lawsuit and allowed Plaintiffs to file an amended complaint. [ECF No. 50].

4.      Plaintiffs filed their Amended Complaint for Damages and Injunctive Relief ("Amended Complaint") on January 4, 2019 [ECF No. 59].

5.      The Amended Complaint is 50 pages long with 232 separate paragraphs of allegations, nearly 100 more than the Complaint.

6.      The Amended Complaint adds 7 defendants, 5 of whom were never previously part of the litigation.

7.      The Amended Complaint also includes 7 causes of action including 3 new causes of action which were not part of the original Complaint.

8.      The Amended Complaint in this case involves complex business tort, unfair business practices, and false advertising.

9.      Pursuant to Federal Rule of Civil Procedure 15, the current due date for the Reed Hein Defendants to respond to the Complaint is January 18, 2019.

10.     The Reed Hein Defendants request an extension to allow them to fully review and respond to the allegations in the Complaint.

11.     Additionally, an extension will promote judicial economy as it will allow the

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

1    Reed Hein Defendants to determine whether a single response or separate responses to the

2    complaint will be necessary.

3        12.    The Reed Hein Defendants request an additional thirty-eight (38) days to file their

4    responses to the complaint.

5        13.    Plaintiffs' do not oppose the extension.

6        14.    This stipulation is not made for purposes of delay.

7        15.    Furthermore, because new parties are being added to the litigation, any extension

8    will have minimal impact on timing as those parties will need to be served and respond to the

9    complaint as well.

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

16.     Therefore, the parties agree that the Reed Hein Defendants' respective responses to the Complaint are now due on or before February 19, 2019.

DATED:  January 29, 2019.                    DATED:  January 29, 2019.

GORDON REES SCULLY MANSUKHANI,       COOPER LEVENSON, P.A.
LLP

/s/ Robert S. Larsen                          /s/ Daniel J. Barsky

ROBERT S. LARSEN, ESQ.                  KIMBERLY MAXON-RUSHTON, ESQ.
Nevada Bar No. 7785                        Nevada Bar No. 5065
DAVID T. GLUTH, II, ESQ.                  R. SCOTT RASMUSSEN, ESQ.
Nevada Bar No. 10596                       Nevada Bar No. 6100
300 South 4th Street, Suite 1550           1835 Village Center Circle
Las Vegas, Nevada  89101                   Las Vegas, NV 89134

*Attorneys for Defendants Reed Hein &*
*Associates, Brandon Reed and Trevor Hein*

                                          ALFRED J. BENNINGTON, JR., ESQ.
                                          Florida Bar No. 404985
                                          (Admitted *Pro Hac Vice*)
                                          GLENNYS ORTEGA RUBIN, ESQ.
                                          Florida Bar No. 556361
                                          (Admitted *Pro Hac Vice*)
                                          SHUTTS & BOWEN LLP
                                          300 South Orange Avenue, Suite 1600
                                          Orlando, Florida 32801
                                          T:  (407) 835-6755
                                          F:  (407) 849-7255
                                          bbennington@shutts.com
                                          grubin@shutts.com

                                          DANIEL J. BARSKY, ESQ.
                                          Florida Bar No. 25713
                                          (Admitted *Pro Hac Vice*)
                                          SHUTTS & BOWEN LLP
                                          200 South Biscayne Boulevard, Suite 4100
                                          Miami, Florida 33131
                                          T:  (561) 650-8518
                                          F:  (561) 822-5527
                                          dbarsky@shutts.com

                                          *Attorneys for Plaintiffs*

                                          **ORDER**

                                          IT IS SO ORDERED.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

                                          DATED:  1/30/19

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

3" -- "3" "1152183/42569365v.1" "" 1152183/42569365v.1