ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dgluth@grsm.com
wrenn@grsm.com

*Attorneys for Defendant Happy Hour Media Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS CORPORATION, a Maryland corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; and DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL REED SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S. A Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of Oklahoma,<br><br>Defendants. | Case No.: 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO AMENDED COMPLAINT [ECF NO. 59]** |

-1-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER**

**TO AMENDED COMPLAINT [ECF NO. 59]**

Pursuant to Local Rules 6-1 and 7-1, Plaintiffs DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; and DIAMOND RESORTS MANAGEMENT, INC., ("Plaintiffs"), and Defendant HAPPY HOUR MEDIA GROUP, LLC ("Defendant Happy Hour"), by and through their respective attorneys of record, stipulate as follows:

## STIPULATION

1. Plaintiffs filed their Amended Complaint for Damages and Injunctive Relief ("Amended Complaint") on January 4, 2019 [ECF No. 59] which added several new defendants including Happy Hour.

2. The Amended Complaint is 50 pages long with 232 separate paragraphs of allegations and includes 5 causes of action against Happy Hour. The Amended Complaint in this case involves complex business tort, unfair business practices, and false advertising.

3. Happy Hour was served with the summons and Amended Complaint on January 10, 2019.

4. The Defendant Happy Hour requests an extension to allow them to fully review and respond to the allegations in the Amended Complaint.

5. Additionally, an extension will promote judicial economy as it will allow the Defendant Happy Hour to determine whether a single response or separate responses to the complaint will be necessary.

6. Defendant Happy Hour requests an extension until February 28, 2019 to file its response to the Amended Complaint.

7. Plaintiffs' do not oppose the extension.

8. This stipulation is not made for purposes of delay.

9. Furthermore, because other new parties are being added to the litigation, any extension will have minimal impact on timing as those parties will need to be served and respond to the complaint as well.

10. Therefore, the parties agree that Defendant Happy Hour's respective responses to the Amended Complaint are now due on or before February 28, 2019.

| | |
|---|---|
| DATED: February 4, 2019. | DATED: February 4, 2019. |
| GORDON REES SCULLY MANSUKHANI, LLP | SHUTTS & BOWEN LLP |
| */s/ Robert S. Larsen* | */s/ Daniel J. Barsky* |
| ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>DAVID T. GLUTH, II, ESQ.<br>Nevada Bar No. 10596<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101 | DANIEL J. BARSKY, ESQ.<br>Florida Bar No. 25713<br>(Admitted *Pro Hac Vice*)<br>SHUTTS & BOWEN LLP<br>200 South Biscayne Boulevard, Suite 4100<br>Miami, Florida 33131 |
| *Attorneys for Defendants Reed Hein & Associates, Brandon Reed and Trevor Hein* | COOPER LEVENSON, P.A.<br>KIMBERLY MAXON-RUSHTON, ESQ.<br>Nevada Bar No. 5065<br>R. SCOTT RASMUSSEN, ESQ.<br>Nevada Bar No. 6100<br>1835 Village Center Circle<br>Las Vegas, NV 89134 |
| | SHUTTS & BOWEN LLP<br>ALFRED J. BENNINGTON, JR., ESQ.<br>Florida Bar No. 404985<br>(Admitted *Pro Hac Vice*)<br>GLENNYS ORTEGA RUBIN, ESQ.<br>Florida Bar No. 556361<br>(Admitted *Pro Hac Vice*)<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801 |
| | *Attorneys for Plaintiff* |

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-5-2019

-3-