| | |
|---|---|
| 1 | JOSEPH A. LIEBMAN<br>Nevada Bar No. 10125 |
| 2 | **BAILEY❖KENNEDY**<br>8984 Spanish Ridge Avenue |
| 3 | Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820 |
| 4 | Facsimile: 702.562.8821<br>JLiebman@BaileyKennedy.com |
| 5 | |
| 6 | *Attorneys for Defendant*<br>Mitchell Reed Sussman |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS CORPORATION, a Maryland corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; and DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN, ESQ., d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>Defendants. | Case No. 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER REGARDING MITCHELL R. SUSSMAN'S RESPONSE TO THE AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF [ECF 59]**<br><br>**(First Request)** |

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Plaintiffs Diamond Resorts International, Inc., Diamond Resorts Corporation, Diamond Resorts U.S. Collection Development, LLC, and Diamond Resorts Management, Inc. ("Diamond"), and Defendant Mitchell R. Sussman d/b/a The Law Offices of Mitchell Reed Sussman & Associates ("Sussman"), by and through their respective counsel, stipulate and agree as follows:

1. On January 4, 2019, Diamond filed an Amended Complaint for Damages and Injunctive Relief [ECF 59], naming Sussman as a Defendant for the first time (the "Amended Complaint");

2. Diamond served Sussman pursuant to California Code of Civil Procedure § 415.20.

3. Because this matter has been pending for more than one year prior to Sussman being named as a Defendant, he and his counsel require additional time to get up to speed before responding to the Amended Complaint.

4. Diamond and Sussman have agreed that Sussman shall respond to the Amended Complaint on or before February 28, 2019.

5. This is the first stipulation to extend the deadline to file a response to the Amended Complaint. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 5th day of February, 2019.

SHUTTS & BOWEN LLP

By: */s/ Daniel Barsky*
    DANIEL J. BARSKY
    200 South Biscayne Blvd., Suite 4100
    Miami, FL 33131

*Attorneys for Diamond*

DATED this 5th day of February, 2019.

BAILEY❖KENNEDY

By: */s/ Joseph Liebman*
    JOSEPH A. LIEBMAN
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148

*Attorneys for Sussman*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-5-2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of BAILEY❖KENNEDY and that on the 5th day of February, 2019, service of the foregoing **STIPULATION AND ORDER REGARDING MITCHELL R. SUSSMAN'S RESPONSE TO THE AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF [ECF 59] (First Request)** was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| KIMBERLY MAXSON-RUSHTON<br>GREGORY A. KRAEMER<br>**COOPER LEVENSON, P.A.**<br>1835 Village Center Circle<br>Las Vegas, NV 89134 | Email:<br>krushton@cooperlevenson.com<br>gkraemer@cooperlevenson.com<br><br>*Attorneys for Plaintiffs* |
| ALFRED J. BENNINGTON, JR.<br>GLENNYS ORTEGA RUBIN<br>**SHUTTS & BOWEN LLP**<br>300 South Orange Ave., Suite 1600<br>Orlando, FL 32801 | Email:<br>bbennington@shuttsw.com<br>grubin@shutts.com<br><br>*Attorneys for Plaintiffs* |
| DANIEL J. BARSKY<br>**SHUTTS & BOWEN LLP**<br>200 South Biscayne Blvd., Suite 4100<br>Miami, FL 33131 | Email:<br>dbarsky@shutts.com<br><br>*Attorneys for Plaintiffs* |

_/s/ Sharon L. Murnane_
Employee of BAILEY❖KENNEDY