ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
        dgluth@grsm.com
        wrenn@grsm.com

*Attorneys for Defendants Reed Hein & Associates,*
*Brandon Reed, Trevor Hein and Thomas Parenteau*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS CORPORATION, a Maryland corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; and DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation, | Case No.: 2:17-cv-03007-APG-VCF |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AMENDED COMPLAINT [ECF NO. 59]** |
| vs. | **(SECOND REQUEST)** |
| REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL REED SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S. A Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of Oklahoma, | |
| Defendants. | |

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE**

**TO AMENDED COMPLAINT [ECF NO. 59] (SECOND REQUEST)**

Pursuant to Local Rules 6-1 and 7-1, Plaintiffs DIAMOND RESORTS

INTERNATIONAL, INC.; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS

U.S. COLLECTION DEVELOPMENT, LLC; and DIAMOND RESORTS MANAGEMENT,

INC., ("Plaintiffs"), and Defendants REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE

EXIT TEAM; BRANDON REED; and TREVOR HEIN ("Reed Hein Defendants"), by and

through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiffs filed their Complaint on December 6, 2017 [ECF No. 1].

2. The Reed Hein Defendants filed a motion to dismiss. [ECF No. 22].

3. The Court dismissed certain claims and the individual defendants from the lawsuit and allowed Plaintiffs to file an amended complaint. [ECF No. 50].

4. Plaintiffs filed their Amended Complaint for Damages and Injunctive Relief ("Amended Complaint") on January 4, 2019 [ECF No. 59].

5. The Amended Complaint is 50 pages long with 232 separate paragraphs of allegations, nearly 100 more than the Complaint.

6. The Amended Complaint adds 7 defendants, 5 of whom were never previously part of the litigation.

7. The Amended Complaint also includes 7 causes of action including 3 new causes of action which were not part of the original Complaint.

8. The Amended Complaint in this case involves complex business tort, unfair business practices, and false advertising.

9. The parties previously agreed to an extension of time for Reed Hein Defendants to respond to the Amended Complaint until February 19, 2019. [ECF No. 71].

10. Unfortunately, the undersigned counsel was recently involved in an accident and has been out of the office for medical treatment. Therefore, counsel needs another short extension to allow them to fully review and respond to the allegations in the Amended

Complaint.

11.     The Reed Hein Defendants request an additional nine (9) days to file their responses to the Amended Complaint, or until February 28, 2019.

12.     The undersigned counsel also represents Happy Hour Media Group, LLC.  Happy Hour's response is currently due on February 28, 2019. [ECF No. 73].  The requested extension will make the response due on the same date as the response for Happy Hour Media Group, LLC.

13.     Plaintiffs' do not oppose the extension.

14.     This stipulation is not made for purposes of delay.

15.     Because new parties are being added to the litigation, any extension will have minimal impact on timing as those parties will need to time respond to the complaint as well.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

16.     Therefore, the parties agree that the Reed Hein Defendants' respective responses to the Complaint are now due on or before February 28, 2019.

DATED:  February 15, 2019.                    DATED:  February 15, 2019.

GORDON REES SCULLY MANSUKHANI,      COOPER LEVENSON, P.A.
LLP

*/s/ David T. Gluth*                              */s/ Daniel J. Barsky*

_____           _____
ROBERT S. LARSEN, ESQ.                  DANIEL J. BARSKY, ESQ.
Nevada Bar No. 7785                     Florida Bar No. 25713
DAVID T. GLUTH, II, ESQ.               (Admitted *Pro Hac Vice*)
Nevada Bar No. 10596                    SHUTTS & BOWEN LLP
300 South 4th Street, Suite 1550        200 South Biscayne Boulevard, Suite 4100
Las Vegas, Nevada  89101                Miami, Florida 33131
                                        T:  (561) 650-8518
*Attorneys for Defendants Reed Hein &*    F:  (561) 822-5527
*Associates, Brandon Reed and Trevor Hein*  dbarsky@shutts.com

                                        KIMBERLY MAXON-RUSHTON, ESQ.
                                        Nevada Bar No. 5065
                                        R. SCOTT RASMUSSEN, ESQ.
                                        Nevada Bar No. 6100
                                        1835 Village Center Circle
                                        Las Vegas, NV 89134

                                        ALFRED J. BENNINGTON, JR., ESQ.
                                        Florida Bar No. 404985
                                        (Admitted *Pro Hac Vice*)
                                        GLENNYS ORTEGA RUBIN, ESQ.
                                        Florida Bar No. 556361
                                        (Admitted *Pro Hac Vice*)
                                        SHUTTS & BOWEN LLP
                                        300 South Orange Avenue, Suite 1600
                                        Orlando, Florida 32801
                                        T:  (407) 835-6755
                                        F:  (407) 849-7255
                                        bbennington@shutts.com
                                        grubin@shutts.com

                                        *Attorneys for Plaintiffs*


**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  ___2-19-2019_____

1152183/43402077v.1