ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dgluth@grsm.com
wrenn@grsm.com

*Attorneys for Defendants Reed Hein & Associates,
Brandon Reed, Trevor Hein and Thomas Parenteau*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS CORPORATION, a Maryland corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; and DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL REED SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S. A Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of Oklahoma,<br><br>Defendants. | Case No.: 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)** |

-1-

Pursuant to Local Rules 6-1 and 7-1, Plaintiffs DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; and DIAMOND RESORTS MANAGEMENT, INC., ("Plaintiffs"), and Defendants REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM; BRANDON REED; and TREVOR HEIN ("Reed Hein Defendants") and HAPPY HOUR MEDIA GROUP, LLC ("Happy Hour"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiffs filed their Complaint on December 6, 2017 [ECF No. 1].
2. The Reed Hein Defendants filed a motion to dismiss. [ECF No. 22].
3. The Court dismissed certain claims and the individual defendants from the lawsuit and allowed Plaintiffs to file an amended complaint. [ECF No. 50].
4. Plaintiffs filed their Amended Complaint for Damages and Injunctive Relief ("Amended Complaint") on January 4, 2019 [ECF No. 59].
5. The Amended Complaint in this case involves complex claims of business tort, unfair business practices, and false advertising.
6. The parties agreed to an extension of time for Reed Hein Defendants and Happy Hour to respond to the Amended Complaint until February 28, 2019. [ECF No. 71] and [ECF No. 73].
7. On February 28, 2019, Reed Hein Defendants filed its Motion for Partial Dismissal of Amended Complaint [ECF No. 87].
8. On February 28, 2019, Happy Hour filed its Motion to Dismiss Amended Complaint. [ECF No. 88].
9. The parties agreed to an extension of time for Plaintiffs to file their responses to Reed Hein Defendants and Happy Hours' Motions to Dismiss until March 25, 2019 in order for Plaintiffs to fully brief the legal issues. [ECF No. 94].
10. On March 25, 2019, Plaintiffs filed their Memorandum of Points and Authorities in Opposition to Reed Hein Defendants and Happy Hour's Motions to Dismiss. [ECF No. 96 and

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1  97]. The Reply Briefs in support of the Defendants' motions are currently due on April 1, 2019.

2      11.    Due the numerous legal issues raised by the claims made in this case, and in order
3  to adequately brief the pending motions, the Reed Hein Defendants and Happy Hour request an
4  additional seven (7) days to file their Replies, or until April 8, 2019.   This is the first request for
5  extension of time related to the filing of Reply Briefs.

6      12.    The undersigned counsel conferred with Plaintiffs' counsel and Plaintiffs do not
7  oppose the extension request.

8      13.    This stipulation is not made for purposes of delay.

9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**Gordon Rees Scully Mansukhani, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

14. Therefore, the parties agree that the Reed Hein Defendants' and Happy Hour's respective Replies in support of the Motions to Dismiss Amended Complaint are now due on or before April 8, 2019.

| | |
|---|---|
| DATED: March  29th  , 2019. | DATED: March  29th  , 2019. |
| GORDON REES SCULLY MANSUKHANI, LLP | COOPER LEVENSON, P.A. |
| */s/ David T. Gluth* | */s/ Daniel J. Barsky* |
| ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>DAVID T. GLUTH, II, ESQ.<br>Nevada Bar No. 10596<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada  89101 | DANIEL J. BARSKY, ESQ.<br>Florida Bar No. 25713<br>(Admitted *Pro Hac Vice*)<br>SHUTTS & BOWEN LLP<br>200 South Biscayne Boulevard, Suite 4100<br>Miami, Florida 33131 |
| *Attorneys for Defendants Reed Hein & Associates, Brandon Reed and Trevor Hein and Happy Hour Media Group, LLC* | KIMBERLY MAXON-RUSHTON, ESQ.<br>Nevada Bar No. 5065<br>R. SCOTT RASMUSSEN, ESQ.<br>Nevada Bar No. 6100<br>1835 Village Center Circle<br>Las Vegas, NV 89134 |
| | ALFRED J. BENNINGTON, JR., ESQ.<br>Florida Bar No. 404985<br>(Admitted *Pro Hac Vice*)<br>GLENNYS ORTEGA RUBIN, ESQ.<br>Florida Bar No. 556361<br>(Admitted *Pro Hac Vice*)<br>SHUTTS & BOWEN LLP<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801 |
| | *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED:  April 1, 2019

-4-