Richard W. Epstein, Esq.
(Pro Hac Vice Application to be Submitted)
Jeffrey Backman, Esq.
(Pro Hac Vice Application to be Submitted)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

*Incoming Attorneys for Plaintiffs*

and

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, NV 89134
T:      (702) 366-1125
F:      (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; DIAMOND RESORTS CORPORATION, a Maryland Corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company; and DIAMOND RESORTS MANAGEMENT, INC., an Arizona Corporation, | CASE NO:  2:17-cv-3007-APG-VCF<br><br>**STIPULATION AND  ORDER TO SUBSTITUTE ATTORNEYS FOR PLAINTIFFS** |

1

41550448.1

|  |
|---|
| Plaintiffs, |
| v. |
| REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma, |
| Defendants. |

Plaintiffs Diamond Resorts International, Inc., Diamond Resorts Corporation, Diamond Resorts U.S. Collection Development, LLC, and Diamond Resorts Management, Inc. (collectively "Plaintiffs"), hereby authorize and consent to the substitution of Richard W. Epstein, Esq., Jeffrey A. Backman, Esq., and Phillip A. Silvestri, Esq. of the law firm Greenspoon Marder, LLP (collectively "Incoming Attorneys") as attorneys of record in the above-entitled action, in the place and stead of Alfred J. Bennington, Jr., Esq., Michael L. Gore, Esq., Glennys Ortega Rubin, Esq., Daniel J. Barsky Esq., and Michael Quinn, Esq. of the law firm Shutts & Bowen, LLP (collectively "Outgoing Attorneys"). As of the date of filing of this Substitution of Counsel, Outgoing Attorneys shall not take any further action on behalf of Plaintiffs, and shall have no further

///
///
///

2

41550448.1

///

responsibility in connection with the representation of Plaintiffs.

Dated this 24 day of October, 2019.

    Diamond Resorts International, Inc.
    Diamond Resorts Corporation
    Diamond Resorts U.S. Collection Development, LLC
    Diamond Resorts Management, Inc.

    By: _____
      Corrine Gaxiola
      Vice President and Associate General Counsel

Incoming Counsel hereby accepts and consents to their substitution as counsel of record for Plaintiffs in the place and stead of Outgoing Counsel and Outgoing Local Counsel.

Dated this 18th day of October, 2019

    GREENSPOON MARDER LLP

    */s/ Phillip A. Silvestri, Esq.*
    Richard W. Epstein, Esq.
    Jeffrey A. Backman, Esq.
    Phillip A. Silvestri, Esq.
    *Incoming Attorneys*

Outgoing Counsel hereby agrees and consents to the substitution of Incoming Counsel in the place and stead of Outgoing Counsel as attorneys of record for Plaintiffs in the above-entitled action.

Dated this 18th day of October, 2019

    SHUTTS & BOWEN, LLP

    *Alfred J. Bennington, Jr. Esq.*
    Alfred J. Bennington, Jr., Esq.
    Glennys Ortega Rubin, Esq.
    Daniel J. Barsky Esq.
    *Outgoing Attorneys*

**Dated this 25th day of October, 2019**

    IT IS SO ORDERED:

    _____
    UNITED STATES ~~JUDGE~~
           **Magistrate Judge**

ORLDOCS 17253169 1

3

41550448.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 25th day of October, 2019, the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will serve a Notice of Electronic Filing upon all counsel of record and additionally served upon all counsel of record in paper form pursuant to LR IC 4-1(c)(4).

*/s/ Alfred J. Bennington, Jr.*
**ALFRED J. BENNINGTON, JR., ESQ.**

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

41550448.1