ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dgluth@grsm.com
dwrenn@grsm.com

*Attorneys for Defendants*
*Reed Hein & Associates, LLC dba Timeshare Exit Team,*
*Brandon Reed, Trevor Hein, Thomas Parenteau,*
*and Happy Hour Media Group, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, a Maryland corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL REED SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S. A Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of Oklahoma,<br><br>Defendants. | Case No.: 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSES TO FIRST AMENDED COMPLAINT [ECF NO. 59]** |

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSES TO FIRST AMENDED COMPLAINT [ECF NO. 59]**

Pursuant to Local Rules 6-1 and 7-1, Plaintiff DIAMOND RESORTS CORPORATION ("DRC"), and Defendants REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU (collectively, "TET Defendants"), HAPPY HOUR MEDIA GROUP, LLC ("HHMG"), MITCHELL REED SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES ("Sussman"), SCHROETER GOLDMARK & BENDER, P.S. ("SGB"), and KEN B.. PRIVETT, ESQ. ("Privett"), by and through their respective attorneys of record, stipulate as stated below. TET Defendants, HHMG, Sussman, SGB, and Privett are collectively referred to as "Defendants". DRC and Defendants are collectively referred to herein as the "Parties".

## STIPULATION

1. DRC, Diamond Resorts International, Inc. ("DRI"), Diamond Resorts U.S. Collection Development, LLC ("DRUSCD"), and Diamond Resorts Management, Inc. ("DRM") (collectively, "Diamond") filed an Amended Complaint on January 4, 2019 [ECF No. 59].

2. On February 28, 2019, TET Defendants filed a partial Motion to Dismiss the Amended Complaint [ECF No. 87] and HHMG filed a Motion to Dismiss the Amended Complaint [ECF No. 88].

3. On March 25, 2019, Diamond filed responses in opposition to the Motions to Dismiss filed by TET Defendants and HHMG [ECF Nos. 96 & 97].

4. April 8, 2019, TET Defendants filed a Reply in Support of their partial Motion to Dismiss [ECF No. 101]. That same day, HHMG filed a Reply in Support of its Motion to Dismiss [ECF No. 100].

5. On November 25, 2019, this Court filed an Order Granting in Part and Denying in Part TET Defendants and HHMG's Motions to Dismiss (hereinafter, the "Order") [ECF No. 141].

6. The Order dismissed Diamond's Nevada Deceptive Trade Practices Act ("NDTPA") claim (Count VI) without prejudice, as well as dismissed DRI, DRUSCD, and DRM as plaintiffs, without prejudice.

7. This Court further ordered that Diamond may file an amended complaint by December 23, 2019 to properly plead the NDTPA claim, and to address standing of DRI, DRUSCD, and DRM to bring suit.

8. Counsel for Diamond has indicated to counsel for Defendants that it intends to file a Second Amended Complaint. Further, Diamond's counsel requests an extension of twenty-one (21) days from December 23, 2019 to file the Second Amended Complaint in order to accommodate holiday travel schedules.

9. In order to maximize judicial efficiency and preserve resources of the Court and the Parties, the Parties have agreed that it does not make sense for Defendants to address the remaining portions of the current First Amended Complaint when a Second Amended Complaint is expected to be filed and will require a separate response from Defendants.

10. Defendants do not oppose DRC filing the Second Amended Complaint twenty-one (21) days after the court-ordered deadline.

11. DRC does not oppose the TET Defendants and HHMG waiting to file a response until thirty (30) days after the Second Amended Complaint is filed.

12. Accordingly, DRC will file the Second Amended Complaint on January 13, 2020, and Defendants will file a response to the anticipated Second Amended Complaint on February 12, 2020.

13. This stipulation is not made for purposes of delay, but rather to maximize judicial efficiency.

14. Therefore, the Parties agree that: Defendants will not file responses to the First Amended Complaint; DRC's deadline to file the Second Amended Complaint is extended to January 13, 2020; and Defendants' responses to the anticipated Second Amended Complaint will be due on February 12, 2020.

///

-3-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

15. In the event that Diamond elects not to file a Second Amended Complaint, Defendants will respond to the remaining portions of the First Amended Complaint by February 12, 2020.

DATED this 18th day of December, 2019.

Respectfully Submitted By:

| GREENSPOON MARDER, LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| */s/ Phillip A. Silvestri* | */s/ Robert S. Larsen* |
| PHILLIP A. SILVESTRI, ESQ. | ROBERT S. LARSEN, ESQ. |
| Nevada Bar No. 11276 | Nevada Bar No. 7785 |
| 3993 Howard Hughes Parkway, Suite 400 | DAVID T. GLUTH, II, ESQ. |
| Las Vegas, NV 89169 | Nevada Bar No. 10596 |
| | DIONE C. WRENN, ESQ. |
| and | Nevada Bar No. 13285 |
| | 300 South 4th Street, Suite 1550 |
| RICHARD W. EPSTEIN, ESQ. | Las Vegas, Nevada 89101 |
| *Admitted Pro Hac Vice* | |
| JEFFREY BACKMAN, ESQ. | *Attorneys for Defendants* |
| *Admitted Pro Hac Vice* | *Reed Hein & Associates, LLC dba Timeshare* |
| MICHELLE E DURIEUX, ESQ. | *Exit Team, Brandon Reed, Trevor Hein,* |
| *Admitted Pro Hac Vice* | *Thomas Parenteau, and Happy Hour Media* |
| 200 East Broward Blvd., Suite 1800 | *Group, LLC* |
| Fort Lauderdale, FL 33301 | |
| and | LIPSON NEILSON, P.C. |
| COOPER LEVENSON, P.A. | */s/ Megan Hummel* |
| KIMBERLY MAXON-RUSHTON, ESQ. | JOSEPH P. GARIN, ESQ. |
| Nevada Bar No. 5065 | Nevada Bar No. 6653 |
| GREGORY KRAEMER, ESQ. | MEGAN H. HUMMEL, ESQ. |
| Nevada Bar No. 10911 | Nevada Bar No. 12404 |
| 1835 Village Center Circle | 9900 Covington Cross Drive, Suite 120 |
| Las Vegas, NV 89134 | Las Vegas, NV 89144-7052 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Diamond Resorts Corporation* | *Schroeter, Goldmark & Bender, P.S.* |

| | |
|---|---|
| THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES | ALVERSON TAYLOR & SANDERS |
| /s/ Mitchell Reed Sussman | /s/ LeAnn Sanders |
| MITCHELL REED SUSSMAN, ESQ. | LEANN SANDERS, ESQ. |
| (Pro Hac Vice) | Nevada Bar No. 000390 |
| California Bar No. 75107 | COURTNEY CHRISTOPHER, ESQ. |
| 1053 S. Palm Canyon Drive | Nevada Bar No. 012717 |
| Palm Springs, California 92264 | 6605 Grand Montecito Parkway, Suite 200 |
| | Las Vegas, Nevada 89149 |
| and | *Attorney for Defendant* |
| | *Ken B. Privett, Esq.* |

BAILEY KENNEDY, LLP
JOSEPH A. LIEBMAN, ESQ.
Nevada Bar No. 10125
8984 Spanish River Avenue
Las Vegas, Nevada 89148

*Attorneys for Defendant*
*Mitchell Reed Sussman Esq. dba*
*The Law Offices of Mitchell*
*Reed Sussman & Associates*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-20-2019

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1152183/49112673v.1