Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, NV 89134
T:      (702) 366-1125
F:      (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; DIAMOND RESORTS CORPORATION, a Maryland Corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company; and DIAMOND RESORTS MANAGEMENT, INC., an Arizona Corporation,<br><br>Plaintiffs,<br>v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a | Case No.: 2:17-cv-03007-APG-VCF<br><br>**JOINT STIPULATION TO EXTEND DEADLINES**<br><br>**[Second Request]** |

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>                          Defendants. |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff DIAMOND RESORTS CORPORATION ("DRC"), and Defendants REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU (collectively, "TET Defendants"), HAPPY HOUR MEDIA GROUP, LLC ("HHMG"), MITCHELL REED SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES ("Sussman"), SCHROETER GOLDMARK & BENDER, P.S. ("SGB"), and KEN B.. PRIVETT, ESQ. ("Privett"), by and through their respective attorneys of record, stipulate as stated below. TET Defendants, HHMG, Sussman, SGB, and Privett are collectively referred to as "Defendants". DRC and Defendants are collectively referred to herein as the "Parties". The Parties hereby stipulate and agree as follows:

1. On November 25, 2019, this Court granted in part TET Defendants and HHMG's Motions to Dismiss (hereinafter, the "Order") [ECF No. 141].

2. The Order provided Plaintiff until December 23, 2019 to file a Second Amended Complaint ("SAC").

3. Due to the upcoming holiday season, the Parties stipulated to extend the deadline to file the SAC until January 12, 2020 (ECF #142). The Court granted the requested extension on

2

39681.0134
42198712.1

December 20, 2019 (ECF No. 144).

4. In the SAC, Plaintiff intends to significantly narrow the scope of this litigation, most notably by drastically reducing the number of timeshare owners that are the subject of this litigation.

5. Since the prior extension was granted, Plaintiff has been working diligently to identify the reduced scope of owners, however due to the limited discovery that has been conducted to date, the process has taken significantly longer than expected.

6. Based on this delay, the Parties have agreed to extend the deadline to file the SAC for thirty (30) days, until February 12, 2020. Additionally, based on prior stipulation, Defendants' responses to the SAC will be due 30 days after the SAC is filed (March 13, 2020).[1]

7. This stipulation is not made for purposes of delay, but rather to limit the scope of this case and maximize judicial efficiency.

Dated this 8th day of January, 2020

Respectfully Submitted By:

| GREENSPOON MARDER, LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| */s/ Phillip A. Silvestri, Esq* | */s/ Dione C. Wrenn, Esq.* |
| PHILLIP A. SILVESTRI, ESQ. | ROBERT S. LARSEN, ESQ. |
| Nevada Bar No. 11276 | Nevada Bar No. 7785 |
| 3993 Howard Hughes Parkway, Suite 400 | DAVID T. GLUTH, II, ESQ. |
| Las Vegas, NV 89169 | Nevada Bar No. 10596 |
|  | DIONE C. WRENN, ESQ. |
| and | Nevada Bar No. 13285 |
|  | 300 South 4th Street, Suite 1550 |
| RICHARD W. EPSTEIN, ESQ. | Las Vegas, Nevada 89101 |
| *Admitted Pro Hac Vice* |  |
| JEFFREY BACKMAN, ESQ. | *Attorneys for Defendants* |
| *Admitted Pro Hac Vice* | *Reed Hein & Associates, LLC dba Timeshare* |
| MICHELLE E DURIEUX, ESQ. | *Exit Team, Brandon Reed, Trevor Hein,* |
| *Admitted Pro Hac Vice* | *Thomas Parenteau, and Happy Hour Media* |

---

[1] Because this extension will render the currently-scheduled expert disclosure deadline untenable, the Parties will file a subsequent stipulation to extend various other deadlines upon approval of this stipulation.

| | |
|---|---|
| 200 East Broward Blvd., Suite 1800<br>Fort Lauderdale, FL 33301 | Group, LLC |
| and | LIPSON NEILSON, P.C. |
| COOPER LEVENSON, P.A.<br>KIMBERLY MAXON-RUSHTON, ESQ.<br>Nevada Bar No. 5065<br>GREGORY KRAEMER, ESQ.<br>Nevada Bar No. 10911<br>1835 Village Center Circle<br>Las Vegas, NV 89134 | /s/ Megan H. Hummel, Esq.<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>MEGAN H. HUMMEL, ESQ.<br>Nevada Bar No. 12404<br>9900 Covington Cross Drive, Suite 120 Las Vegas, NV 89144-7052 |
| *Attorneys for Plaintiff*<br>*Diamond Resorts Corporation* | *Attorneys for Defendant*<br>*Schroeter, Goldmark & Bender, P.S.* |
| THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES | ALVERSON TAYLOR & SANDERS |
| /s/ Mitchell Reed Sussman, Esq.<br>MITCHELL REED SUSSMAN, ESQ.<br>*(Pro Hac Vice)*<br>California Bar No. 75107<br>1053 S. Palm Canyon Drive<br>Palm Springs, California 92264 | /s/ Courtney Christopher, Esq.<br>LEANN SANDERS, ESQ.<br>Nevada Bar No. 000390<br>COURTNEY CHRISTOPHER, ESQ. Nevada Bar No. 012717<br>6605 Grand Montecito Parkway, Suite 200 Las Vegas, Nevada 89149 |
| and | *Attorney for Defendant* |
| BAILEY KENNEDY, LLP<br>JOSEPH A. LIEBMAN, ESQ.<br>Nevada Bar No. 10125<br>8984 Spanish River Avenue<br>Las Vegas, Nevada 89148 | *Ken B. Privett, Esq.* |
| *Attorneys for Defendant*<br>*Mitchell Reed Sussman Esq. dba*<br>*The Law Offices of Mitchell*<br>*Reed Sussman & Associates* | |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-13-2020

4

39681.0134
42198712.1