# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, et al.,<br><br>Plaintiffs<br><br>v.<br><br>REED HEIN & ASSOCIATIONS, LLC, et al.,<br><br>Defendants | Case No.: 2:17-cv-03007-APG-VCF<br><br>**Order Denying Motions as Moot**<br><br>[ECF Nos. 110, 123] |

In light of the second amended complaint (ECF No. 157),

I ORDER that defendant Schroeter, Goldmark & Bender, P.S.'s motion to dismiss **(ECF No. 110)** and plaintiffs' motion for leave to file a sur-reply **(ECF No. 123) are DENIED as moot** because these motions relate to the first amended complaint.

DATED this 2nd day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE