ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dgluth@grsm.com
dwrenn@grsm.com

*Attorneys for Defendants*
*Reed Hein & Associates, LLC dba Timeshare Exit Team,*
*Brandon Reed, Trevor Hein, Thomas Parenteau, and*
*Happy Hour Media Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, a Maryland corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL REED SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S. A Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of Oklahoma,<br><br>Defendants. | Case No.: 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO FILE RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[Third Stipulation]** |

**STIPULATION AND ORDER REGARDING DEADLINE TO FILE RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT**
**[Third Stipulation]**

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Plaintiff DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("Plaintiff"), and Defendants REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU (collectively, "TET Defendants"), HAPPY HOUR MEDIA GROUP, LLC ("HHMG"), and SCHROETER GOLDMARK & BENDER, P.S. ("SGB") (collectively, the "Stipulating Parties") by and through their respective attorneys of record, hereby jointly stipulate as stated below.

## STIPULATION

1. On November 25, 2019, this Court granted in part TET Defendants and HHMG's Motions to Dismiss (hereinafter, the "MTD Order"). [ECF No. 141].

2. The MTD Order permitted former named Plaintiff Diamond Resorts Corporation ("DRC") until December 23, 2019 to file a Second Amended Complaint ("SAC").

3. On December 20, 2019, the Court granted a joint stipulation filed by DRC and all named Defendants to extend DRC's deadline to file its Second Amended Complaint ("SAC") to January 12, 2020, and to permit the Defendants' to file their responses to the SAC thirty (30) days later. [ECF No. 144].

4. On January 09, 2020, the Court granted a second joint stipulation filed by the parties to extend DRC's deadline to file the SAC for an additional thirty (30) days, to February 12, 2020. The stipulation also permitted the Defendants to file their responses to the SAC 30 days after the SAC is filed (March 13, 2020). [ECF No. 146].

5. On February 11, 2020, DRC filed a motion to extend the deadline to file its SAC to February 26, 2020 ("Motion to Extend"). [ECF No. 152]. TET Defendants filed their response in opposition to DRC's Motion to Extend on February 14, 2020. [ECF No. 154]. DRC's Reply in Support of the Motion to Extend was filed on February 19, 2020. [ECF No. 156].

6. Plaintiff filed the SAC on February 26, 2020. [ECF No. 157]. On March 3, 2020, the Court granted Plaintiff's Motion to Extend. [ECF No. 161].

7. Given the two (2) prior joint stipulations referenced above, the Stipulating Parties agree that the Defendants' have until March 27, 2020 (30 days after the SAC was filed) to file their responses to the SAC.

8. Prior to the filing of this stipulation, on March 11, 2020, Defendants Ken B. Privett, Esq. ("Privett") and Mitchell R. Sussman, Esq. d/b/a The Law Offices of Mitchell Reed Sussman & Associates ("Sussman") filed their respective Answers to Plaintiff's SAC. [ECF Nos. 162 and 163].

9. Accordingly, TET Defendants, HHMG, and SGB will file their responses on March 27, 2020.

10. This stipulation is not made for purposes of delay, but to confirm the prior agreement of the parties.

Dated this 12th day of March, 2020.

| | |
|---|---|
| **GREENSPOON MARDER, LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Phillip A. Silvestri*_____<br>PHILLIP A. SILVESTRI, ESQ.<br>Nevada Bar No. 11276<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br><br>RICHARD W. EPSTEIN, ESQ.<br>*Admitted Pro Hac Vice*<br>JEFFREY BACKMAN, ESQ.<br>*Admitted Pro Hac Vice*<br>MICHELLE E DURIEUX, ESQ.<br>*Admitted Pro Hac Vice*<br>200 East Broward Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br><br>COOPER LEVENSON, P.A.<br>KIMBERLY MAXON-RUSHTON, ESQ.<br>Nevada Bar No. 5065<br>GREGORY KRAEMER, ESQ.<br>Nevada Bar No. 10911<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br><br>*Attorneys for Plaintiff* | */s/ Dione C. Wrenn* _____<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>DAVID T. GLUTH, II, ESQ.<br>Nevada Bar No. 10596<br>DIONE C. WRENN, ESQ.<br>Nevada Bar No. 13285<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*Reed Hein & Associates, LLC dba Timeshare Exit Team, Brandon Reed, Trevor Hein, Thomas Parenteau, and Happy Hour Media Group, LLC* |

**LIPSON NEILSON, P.C.**

*/s/ Megan Hummel*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144-7052

*Attorneys for Defendant*
*Schroeter, Goldmark & Bender, P.S.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-26-2020