| | |
|---|---|
| LIPSON NEILSON P.C.<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>MEGAN H. HUMMEL, ESQ.<br>Nevada Bar No. 12404<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500 - Telephone<br>(702) 382-1512 - Facsimile<br>jgarin@lipsonneilson.com<br>mhummel@lipsonneilson.com<br><br>*Attorneys for Defendant*<br>*Schroeter Goldmark & Bender, P.S.* | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS CORPORATION, a Maryland corporation, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company, and DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation<br><br>Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a/ TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN, ESQ., d/b/a THE LAW OFFICE OF MITCHELL REDD SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>Defendants. | CASE NO.: 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER SECOND AMENDED COMPLAINT [ECF 157]**<br><br>**(Fourth Stipulation)** |

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
SECOND AMENDED COMPLAINT
(Fourth Stipulation)**

The parties above-named, by and through their respective counsel, agree and stipulate as follows:

1. On November 25, 2019, this Court granted in part TET Defendants and HHMG's Motions to Dismiss (hereinafter, the "MTD Order"). [ECF No. 141].

2. The MTD Order permitted former named Plaintiff Diamond Resorts Corporation ("DRC") until December 23, 2019 to file a Second Amended Complaint ("SAC").

3. On December 20, 2019, the Court granted a joint stipulation filed by DRC and all named Defendants to extend DRC's deadline to file its Second Amended Complaint ("SAC") to January 12, 2020, and to permit the Defendants' to file their responses to the SAC thirty (30) days later. [ECF No. 144].

4. On January 09, 2020, the Court granted a second joint stipulation filed by the parties to extend DRC's deadline to file the SAC for an additional thirty (30) days, to February 12, 2020. The stipulation also permitted the Defendants to file their responses to the SAC 30 days after the SAC is filed (March 13, 2020). [ECF No. 146].

5. On February 11, 2020, DRC filed a motion to extend the deadline to file its SAC to February 26, 2020 ("Motion to Extend"). [ECF No. 152]. TET Defendants filed their response in opposition to DRC's Motion to Extend on February 14, 2020. [ECF No. 154]. DRC's Reply in Support of the Motion to Extend was filed on February 19, 2020. [ECF No. 156].

6. Plaintiff filed the SAC on February 26, 2020. [ECF No. 157]. On March 3, 2020, the Court granted Plaintiff's Motion to Extend. [ECF No. 161].

7. On March 11, 2020, Defendants Ken B. Privett, Esq. ("Privett") and Mitchell R. Sussman, Esq. d/b/a The Law Offices of Mitchell Reed Sussman & Associates ("Sussman") filed their respective Answers to Plaintiff's SAC. [ECF Nos. 162 and 163].

8. Given the two (2) prior joint stipulations referenced above, on March 12, 2020, a Stipulation and Order was filed stating that the Defendants' TET Defendants, HHMG, and SGB will file their by March 27, 2020 (30 days after the SAC was filed) to file their responses to the SAC [ECF No. 164].

9. Now, the parties have agreed that Defendants may have an additional fourteen (14) days to file a responsive pleading, making the deadline to respond Tuesday, April 7, 2020.

10. Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond the Plaintiffs' Second Amended Complaint. The parties have entered into this agreement in good faith and not for purposes of delay. This request will not cause any prejudice to the parties in this matter.

Dated this 27th day of March, 2020.

GREENSPOON MARDER LLP

*/s/ Phillip A. Silvestri*

_____
Phillip A. Silvestri, Esq. (Bar No. 11276)
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, NV 89169

Richard W. Epstein, Esq.
(Admitted Pro Hac Vice)
Jeffrey Backman, Esq.
(Admitted Pro Hac Vice)
Michelle E. Durieux, Esq.
(Admitted Pro Hac Vice)
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301

COOPER LEVENSON, P.A.
Kimberly Maxson-Rushton, Esq.
Nevada Bar No. 5065
Gregory A. Kraemer, Esq.
Nevada Bar No. 10911
R. Scott Rasmussen, Esq.
Nevada Bar No. 6100
1835 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Plaintiffs*

Dated this 27th day of March, 2020.

LIPSON NEILSON P.C.

*/s/ Megan H. Hummel*

_____
Joseph P. Garin, Esq. (Bar No. 6653)
Megan H. Hummel, Esq. (Bar No. 12404)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant
Schroeter Goldmark & Bender, P.S.*

*Diamond Resorts v. Reed Hein & Associates, LLC, et al.*
*Case No. 2:17-cv-03007-APG-VCF*

**ORDER**

IT IS SO ORDERED.

DATED: March 27, 2020

_____
UNITED STATES MAGISTRATE JUDGE