Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, NV 89134
T:       (702) 366-1125
F:       (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS | Case No.: **2:17-cv-03007-APG-VCF**<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTIONS PURSUANT TO FRCP 12(f)**<br><br><br>**[Fifth Request]** |

1
39681.0134
43800540.1

PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,

Defendants.

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A) ("FRCP"), Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Plaintiff"), and Defendants Mitchell R. Sussman, Esq. ("Sussman"), and Ken Privett, Esq. ("Privett" and with Sussman, "Defendants") hereby stipulate to extend Plaintiff's deadline to file motions pursuant to FRCP 12(f) in response to Defendants' Answers [ECF #163, #162, respectively], , and as grounds state as follows:

1. On March 11, 2020, Defendants filed their Answers to Plaintiff's Second Amended Complaint.

2. On March 12, 2020, the Governor of Nevada declared a state of emergency due to the coronavirus pandemic.

3. During the ensuing weeks, the parties and their respective counsel (along with the rest of the country) have found themselves in a unprecedented situation, requiring substantial attention to matters outside the pleadings in this case, including attending to clients and matters that were directly affected by the emergency declaration, as well as other states' respective emergency declarations throughout the country.

4. As a result, Plaintiff, by and through counsel, has been unable to complete its analysis of whether a Rule 12(f) motion is justified with regard to the affirmative defenses raised by Sussman.

5. Based thereon, Plaintiff requested a fourteen (14) day extension in which to complete its evaluation of Defendants' Answers and file a Rule 12(f) motion, if counsel deems such a motion to be appropriate. Sussman and Privett agreed.

39681.0134
43800540.1

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

6.    Based thereon, the parties have agreed to extend Plaintiff's deadline to file a motion pursuant to FRCP 12(f) until April 15, 2020.

7.    This stipulation is not made for purposes of delay, but rather to evaluate the possibility of a Rule 12(f) motion in light of the current environment.

Dated this 2nd day of April, 2020

| GREENSPOON MARDER, LLP | THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES |
|---|---|
| */s/ Phillip A. Silvestri, Esq.*<br>PHILLIP A. SILVESTRI, ESQ.<br>Nevada Bar No. 11276<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiff*<br>*Diamond Resorts Corporation* | */s/ Mitchell Reed Sussman, Esq.*<br>MITCHELL REED SUSSMAN, ESQ. *(Pro Hac Vice)*<br>California Bar No. 75107<br>1053 S. Palm Canyon Drive<br>Palm Springs, California 92264<br><br>and |
| ALVERSON TAYLOR & SANDERS | BAILEY KENNEDY, LLP<br>JOSEPH A. LIEBMAN, ESQ.<br>Nevada Bar No. 10125<br>8984 Spanish River Avenue<br>Las Vegas, Nevada 89148 |
| */s/ Leann Sanders, Esq.*<br>LEANN SANDERS, ESQ.<br>Nevada Bar No. 000390<br>COURTNEY CHRISTOPHER, ESQ.<br>Nevada Bar No. 012717<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, Nevada 89149 | *Attorneys for Defendant*<br>*Mitchell Reed Sussman Esq. dba*<br>*The Law Offices of Mitchell*<br>*Reed Sussman & Associates* |
| *Attorney for Defendant*<br>*Ken B. Privett, Esq.* | |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

    4-2-2020
DATED: _____

3

39681.0134
43800540.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 2nd day of April 2020. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Court's Service List via transmission of Notices of Electronic Filing generated by CM/ECF. For any counsel or parties who are not are not authorized to receive Notices of Electronic Filing electronically, I certify that I served those parties via First Class U.S. Mail.

/s/ Tracee Loveland
An employee of Greenspoon Marder LLP
