**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual,<br><br>　　　　　Defendants. | 2:17-cv-03007-APG-VCF<br><br>**ORDER** |

On April 15, 2020, Plaintiff filed a Motion for Leave to Exceed Deposition Limit (ECF No. 178). Plaintiff also filed a Motion to Seal Exhibit 15 to the Motion for Leave to Exceed Deposition Limit (ECF NO. 180). The sealed exhibit was filed under ECF NO. 183.

Plaintiff has withdrawn the Motion to Take Deposition (ECF NO. 184).

Accordingly,

IT IS HEREBY ORDERED that the sealed Exhibit 15 as filed in ECF NO. 183 will remain under seal.

DATED this 20th day of April, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE