Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, NV 89134
T:   (702) 355-1125
F:   (702) 355-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and | Case No.: 2:17-cv-03007-APG-VCF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES**<br><br>**[Third Request]** |

43944645v1

citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,

Defendants.

Pursuant to Local Rules 6-1 and 7-1, Plaintiff, Diamond Resorts US Collection, LLC ("Diamond" or "Plaintiff"), and Defendants Reed Hein & Associates, LLC d/b/a Timeshare Exit Team, Brandon Reed, Trevor Hein, Thomas Parenteau (collectively "TET Defendants"), Happy Hour Media Group, LLC ("HHMG"), Mitchell Reed Sussman, Esq. d/b/a The Law Offices Of Mitchell Reed Sussman & Associates ("Sussman"), Schroeter Goldmark & Bender, P.S. ("Sussman"), and Ken B. Privett, Esq. ("Privett", and with Sussman, SGB, HHMG and TET Defendants, collectively, the "Defendants", and Defendants with Diamond, the "Parties"), hereby agree and stipulate and, in accordance with LR 26-4, the provide the following information.

**A.**   ***Statement of the Discovery Completed***

On April 30, 2018, the Court entered its Discovery Plan and Scheduling Order [ECF No. 33] (the "Scheduling Order"), which set forth the pretrial deadlines in this matter.  Since the entry of the Scheduling Order, the Parties have diligently pursued discovery and other motion practice in this matter.[1]  This includes the following:

1. Each of the Parties has served the required Rule 26(a) Initial Disclosures. TET has served ten supplements; SGB has served two supplements; and Sussman has served six supplements. Both Privett and Plaintiff anticipate proving substantial supplements to their disclosures within approximately two weeks.

---

[1]   HHMG, Sussman, SGB, and Privett were added as Defendants on January 4, 2019.

2

43944645v1

2. Plaintiff has served four separate Requests for Production of Documents and three sets of Interrogatories on TET. TET has responded to each of the first three requests for production. Responses to the fourth set of are due on May 13, 2020 per agreement of the parties. Responses to the third set of interrogatories are currently due May 4, 2020.

3. Plaintiff has served two sets of interrogatories to Brandon Reed and HHMG. Both have responded to the first set, and responses to the second sets are currently due May 4, 2020.

4. Plaintiff has served interrogatories on Sussman, whose responses are due on May 4, 2020.

5. TET Defendants have served three sets of Requests for Production of Documents on Plaintiff. Plaintiff has responded to the first two requests. The deadline to respond to the Third request is currently May 14, 2020. TET also served Requests for Admissions to Plaintiff. The response deadline is also May 14, 2020.[2] Finally, TET Defendants served interrogatories to Plaintiff on April 20, 2020.

6. Plaintiff has served Requests for Production on Hein, Parenteau, Privett, SGB, and Sussman. Each of these Defendants has responded to the requests.

7. Sussman has served Plaintiff with First Sets of Requests for Production and Interrogatories. Plaintiff has responded to the written discovery requests.

8. The Parties have issued numerous third-party document production subpoenas, including subpoenas to the Better Business Bureau, Yelp, Inc., The Lampo Group, LLC, Lampo Licensing, LLC, and Timeshare Closing Services, Inc.

9. The Parties have taken the deposition of non-party Betty Lusk.

10. Several Parties dispute the sufficiency of written responses they have received, and are in the process of meeting and conferring to resolve disputes prior to court intervention.

Pursuant to the written discovery requests above, the Parties have exchanged (and are continuing to exchange) hundreds of thousands of documents related to the timeshare owner contracts and relationships at issue in this case. Additionally, given the recent filing of the Second Amended Complaint, the Parties are producing voluminous documents related to the several hundred timeshare owners identified therein.

---

[2] TET also served two sets of Requests for Production of Documents on former Plaintiffs' DRI, Diamond Resorts U.S. Collection Development, LLC ("DRUSCD"), and Diamond Resorts Management, Inc. ("DRM") (collectively, the "Dismissed Parties"). The Dismissed Parties responded to the written discovery requests.

3

43944645v1

### B. *Statement of the Discovery Remaining*

As contemplated in prior documents, Plaintiff anticipates seeking leave to conduct a substantial number of depositions, both by written question and in person. The parties participated in a meet and confer on April 20, 2020 to address the number of depositions, and a motion is likely forthcoming. The Parties anticipate the process for depositions on written questions will take considerable time to complete. Additionally, the Parties will need to conduct party and fact witness depositions. Due to the COVID-19 crisis, traveling for depositions is not feasible at this time.

Finally, the Parties anticipate that additional written discovery will be necessary, and motions to compel on various issues will likely be filed in the relatively near future

### C. *Reasons Why Current Deadlines Cannot Be Satisfied*.

As this Court is aware, the Parties, this Court, witnesses, and our world in general are currently in the midst of an unprecedented global pandemic. In-person depositions are functionally impossible, and the timelines to respond to written discovery have been extended drastically due to major staffing reductions. While the parties are working diligently, the timelines that the parties contemplated in their prior stipulation are far different than they are today.

In addition to the above, the Parties continue to exchange discovery that is relevant to the remaining claims, alleged damages, and Defendants' defenses.  As the Court is aware, this case involves voluminous document discovery, both as between the Parties and as to third parties. Plaintiff and TET have disclosed hundreds of thousands of pages of documents, plus additional ESI. Defendants SGB and Sussman have also disclosed a significant amount of documents.  The sheer volume of the documents and ESI that have been exchanged (and continues to be exchanged), including the attendant collection, processing, and production of the information, has taken and continues to take a substantial period of time. The subsequent review of the documents and ESI has also proven burdensome.

The Parties do not anticipate the ability to complete the necessary productions, review the information, and complete depositions and expert reports within the current timeframes.

4

43944645v1

D. *Proposed Schedule for Amended Scheduling Order.*

The Parties have conferred, and unanimously agree, that they will be unable to meet the current deadlines. Based on the conferral, the Parties hereby stipulate that the Court should extend the pretrial deadlines set forth in the Scheduling Order:

| **Event** | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| **Initial Experts** | July 6, 2020 | January 15, 2021 |
| **Interim Status Report** | August 3, 2020 | February 16, 2021 |
| **Rebuttal Experts** | September 3, 2020 | March 16, 2021 |
| **Discovery Cut-Off** | October 28, 2020 | May 7, 2021 |
| **Dispositive Motions** | November 23, 2020 | June 7, 2021 |
| **Submission of Pretrial Order** | December 28, 2020 | July 6, 2021[3] |

In accordance with paragraph 13 of the existing Scheduling Order and LR 26-4, this Stipulation is submitted more than twenty-one (21) days before any of the deadlines that the Parties seek to extend through this stipulation.

The parties anticipate filing dispositive motions in this matter. Thus, the deadline for filing the joint pre-trial order will likely be suspended until thirty (30) days after decision on the dispositive motions or further court order.

Dated this 22nd day of April, 2020

GREENSPOON MARDER, LLP

/s/ Phillip A. Silvestri, Esq.
_____
PHILLIP A. SILVESTRI, ESQ.
Nevada Bar No. 11276
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169

and

RICHARD W. EPSTEIN, ESQ.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Dione C. Wrenn, Esq.*
_____
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

---

[3] Unless any party files a dipositive motion, in which case this deadline will be extended until 30 days after a ruling on all final dispositive motion.

5

43944645v1

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

**GREENSPOON MARDER LLP**
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

| | |
|---|---|
| *Admitted Pro Hac Vice* <br> JEFFREY BACKMAN, ESQ. <br> *Admitted Pro Hac Vice* <br> MICHELLE E DURIEUX, ESQ. <br> *Admitted Pro Hac Vice* <br> 200 East Broward Blvd., Suite 1800 <br> Fort Lauderdale, FL 33301 <br><br> COOPER LEVENSON, P.A. <br> KIMBERLY MAXON-RUSHTON, ESQ. <br> Nevada Bar No. 5065 <br> GREGORY KRAEMER, ESQ. <br> Nevada Bar No. 10911 <br> 1835 Village Center Circle <br> Las Vegas, NV 89134 <br><br> *Attorneys for Plaintiff* <br> *Diamond Resorts Corporation* | *Attorneys for Defendants* <br> *Reed Hein & Associates, LLC dba Timeshare Exit Team, Brandon Reed, Trevor Hein, Thomas Parenteau, and Happy Hour Media Group, LLC* <br><br> LIPSON NEILSON, P.C. <br><br> */s/ Megan H. Hummel, Esq.* <br> _____ <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 6653 <br> MEGAN H. HUMMEL, ESQ. <br> Nevada Bar No. 12404 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, NV 89144-7052 <br><br> *Attorneys for Defendant* <br> *Schroeter, Goldmark & Bender, P.S.* |
| THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES <br><br> */s/ Joseph Liebman, Esq.* <br> _____ <br> MITCHELL REED SUSSMAN, ESQ. <br> *(Pro Hac Vice)* <br> California Bar No. 75107 <br> 1053 S. Palm Canyon Drive <br> Palm Springs, California 92264 <br><br> BAILEY KENNEDY, LLP <br> JOSEPH A. LIEBMAN, ESQ. <br> Nevada Bar No. 10125 <br> 8984 Spanish River Avenue <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Defendant* <br> *Mitchell Reed Sussman Esq. dba The Law Offices of Mitchell Reed Sussman & Associates* | ALVERSON TAYLOR & SANDERS <br><br> */s/ LeAnn Sanders, Esq.* <br> _____ <br> LEANN SANDERS, ESQ. <br> Nevada Bar No. 000390 <br> COURTNEY CHRISTOPHER, ESQ. <br> Nevada Bar No. 012717 <br> 6605 Grand Montecito Parkway, Suite 200 <br> Las Vegas, Nevada 89149 <br><br> *Attorney for Defendant* <br><br> *Ken B. Privett, Esq.* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-22-2020 _____

6

43944645v1