**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,

          Plaintiff,

vs.

REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, *et al.*,

          Defendants.

2:17-cv-03007-APG-VCF

**ORDER**

      Before the Court is the Stipulation And [Proposed] Order To Extend Deadline To Respond To Reed Hein & Associates, LLC's Motion To Compel [ECF #190].  (ECF No. 208).

      This stipulation is not signed by the parties.

      Accordingly,

      IT IS HEREBY ORDERED that the Stipulation And [Proposed] Order To Extend Deadline To Respond To Reed Hein & Associates, LLC's Motion To Compel (ECF No. 208) is DENIED.

      Given that the response is due today and the short extension request, IT IS ORDERED that the time for Plaintiff to file a response to  TET's Motion to Compel [ECF #190] is extended to May 8, 2020.

      DATED this 6th day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE