**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM,<br><br>Defendant. | 2:17-cv-03007-APG-VCF<br><br>**ORDER** |

Before the court are the Stipulation And Order To Extend Deadline To File Response To Plaintiff's Motion For Leave To Exceed The Deposition Limit [ECF NO. 193] (ECF No. 210) and Mitchell Reed Sussman, Esq.'s Joinder To Joint Motion To Extend Deadline To Plaintiff's Motion For Leave To Exceed The Deposition Limit [DKT. # 210] (ECF No. 211).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation And Order To Extend Deadline To File Response To Plaintiff's Motion For Leave To Exceed The Deposition Limit [ECF NO. 193] (ECF No. 210) and Mitchell Reed Sussman, Esq.'s Joinder To Joint Motion To Extend Deadline To Plaintiff's Motion For Leave To Exceed The Deposition Limit [DKT. # 210] (ECF No. 211) are GRANTED.

In the interest of uniformity, the deadline to file an opposition to the Motion for Leave to Exceed the Deposition Limit to take at least 50 additional oral depositions and 320 depositions by written questions (ECF No. 193) is extended up to and including May 13, 2020, for all defendants.

DATED this 8th day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE