LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
AMANDA A. EBERT, ESQ.
Nevada Bar No. 12731
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com
aebert@lipsonneilson.com

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company, and DIAMOND RESORTS MANAGEMENT,<br><br>Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a/ TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>Defendants. | CASE NO.: 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT SGB'S MOTION FOR PROTECTIVE ORDER [ECF NO. 216]**<br><br>**(First Stipulation)** |

///

///

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT SGB'S MOTION FOR PROTECTIVE ORDER [ECF NO. 216]**

Pursuant to Local Rule 7-1, Plaintiff DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("Plaintiff") and Defendant SCHROETER, GOLDMARK & BENDER, P.S. ("Defendant"), by and through their respective counsel, agree and stipulate as follows:

1. On April 24, 2020, Defendant filed its Motion for Protective Order [ECF No. 196].

2. On May 8, 2020, Plaintiff filed its Opposition to Defendant SGB'S Motion for Protective Order [ECF 216].

3. The current deadline for Defendant to file Reply to Plaintiff's Opposition is May 15, 2020.

4. The parties have agreed that Defendant may have an additional period to file its Reply to Plaintiff's Opposition to Defendant SGB'S Motion for Protective Order, making the deadline therefor to be on **Tuesday, May 19, 2020**.

5. Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond to the Plaintiffs' Opposition to Defendant SGB'S Motion for Protective Order.

///
///
///
///
///
///
///
///
///

6. The parties have entered into this agreement in good faith and not for purposes of delay. This request will not cause any prejudice to the parties in this matter.

Dated this 12th day of May, 2020.                     Dated this 12th day of May, 2020.

GREENSPOON MARDER LLP                                 LIPSON NEILSON P.C.

*/s/ Phillip A. Silvestri*                            */s/ Megan H. Hummel*
_____                       _____
Phillip A. Silvestri, Esq. (Bar No. 11276)            Joseph P. Garin, Esq. (Bar No. 6653)
3993 Howard Hughes Pkwy., Ste. 400                    Megan H. Hummel, Esq. (Bar No. 12404)
Las Vegas, NV 89169                                   Amanda A. Ebet (Bar No. 1731)
                                                      9900 Covington Cross Drive, Suite 120
Richard W. Epstein, Esq.                              Las Vegas, Nevada 89144
(Admitted Pro Hac Vice)
Jeffrey Backman, Esq.                                 *Attorneys for Defendant*
(Admitted Pro Hac Vice)                               *Schroeter Goldmark & Bender, P.S.*
Michelle E. Durieux, Esq.
(Admitted Pro Hac Vice)
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301

COOPER LEVENSON, P.A.
Kimberly Maxson-Rushton, Esq.
Nevada Bar No. 5065
Gregory A. Kraemer, Esq.
Nevada Bar No. 10911
R. Scott Rasmussen, Esq.
Nevada Bar No. 6100
1835 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.
DATED: 5-13-2020  _____

_____
UNITED STATES MAGISTRATE JUDGE