GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

Richard W. Epstein, Esq. (admitted *Pro Hac Vice)*
Jeffrey Backman, Esq. (admitted *Pro Hac Vice)*
Michelle Durieux, Esq. (admitted *Pro Hac Vice)*
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
T: (702) 366-1125
F: (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,

Plaintiff,

v.

REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS

Case No.: **2:17-cv-03007-APG-VCF**

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO SGB'S RESPONSE [ECF #215] TO DIAMOND'S MOTION TO EXCEED THE DEPOSITION LIMIT [ECF #193]**

**[First Request]**

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,

Defendants.

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A) ("FRCP"), Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Plaintiff"), and Defendant Schroeter, Goldmark & Bender, P.S. ("SGB"), hereby stipulate to extend Plaintiff's deadline to file a reply to SGB's Response [ECF #215] to Diamond's Motion for Leave to Exceed the Deposition Limit [ECF #193] (the "Motion"), currently set for May 15, 2020, until May 20, 2020, and as grounds state as follows:

1. Diamond filed the Motion on April 24, 2020.

2. On May 8, 2020, this Court granted all Defendants an extension to respond to the Motion until May 13, 2020 [ECF #213] for the sake of consistency in deadlines.

3. Notwithstanding the extension, SGB responded to the Motion on May 8, 2020. [ECF #215], prior to the extended deadline (a truly rare occurrence in litigation).

4. In order to have consistent reply deadlines with regard the other Defendants oppositions, and consistent with this Court's May 8, 2020 Order, SGB has agreed to allow Diamond to its Reply to SGB's Opposition on or before May 20, 2020.

///

///

///

///

///

///

5. This stipulation is not made for purposes of delay.

Dated this 14th day of May, 2020

GREENSPOON MARDER, LLP

*/s/ Phillip A. Silvestri, Esq.*
______________________________
PHILLIP A. SILVESTRI, ESQ.
Nevada Bar No. 11276
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
*Attorneys for Plaintiff*
*Diamond Resorts Corporation*

LIPSON NEILSON, P.C.

*/s/ Amanda A. Ebert, Esq.*
______________________________ JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
AMANDA A. EBERT, ESQ.
Nevada Bar No. 12731
9900 Covington Cross Drive, Suite 120 Las Vegas, NV 89144-7052

*Attorneys for Defendant*
*Schroeter, Goldmark & Bender, P.S*

IT IS SO ORDERED

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: 5-15-2020

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 14th day of May 2020. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Court's Service List via transmission of Notices of Electronic Filing generated by CM/ECF. For any counsel or parties who are not are not authorized to receive Notices of Electronic Filing electronically, I certify that I served those parties via First Class U.S. Mail.

/s/ Tracee Loveland
An employee of Greenspoon Marder LLP