Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
T:      (702) 366-1125
F:      (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company, | Case No.: **2:17-cv-03007-APG-VCF** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO SGB'S MOTION TO DISMISS [ECF #204]** |
| REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS | **[Second Request]** |

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

1

39681.0134
44175351.1

PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,

Defendants.

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A) ("FRCP"), Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Plaintiff"), and Defendant Schroeter, Goldmark & Bender, P.S. ("SGB"), hereby stipulate to extend Plaintiff's deadline to file a response to SGB's Special Motion to Dismiss Pursuant to NRS 41.660 [ECF #204][1] (the "Motion"), currently set for May 29, 2020, until June 5, 2020, and as grounds state as follows:

1.    On May 1, 2020, SGB filed the subject Motion.

2.    Since SGB filed the Motion, both Plaintiff and SGB have been required to respond to voluminous discovery requests and respond to various motions filed in this case. *See,* e.g., Plaintiff's Responses to SGB's Motion for Protective Order, [ECF #216], and Reed Hein's Motion to Compel [ECF #214], and SGB's response to Diamond's Motion to Exceed the Deposition Limit [ECF #215], all filed on May 8, 2020. Additionally, Diamond has responded to the Defendants' oppositions to Diamond's Motion to Exceed the Deposition Limit.

3.    Since SGB filed, Plaintiff has been diligently working to respond to the Motion, and Diamond's response is well underway.

4.    While Plaintiff has been working diligently, a personal issue has arisen that prevents Plaintiff from being able to file a response to SGB's Motion prior to the current deadline of May 29, 2020.

5.    As a result, Plaintiff and SGB have agreed to extend Plaintiff's response deadline

---

[1] The Motion was originally filed as ECF #202, but a corrected image was filed as ECF #204.

2

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

1   by one (1) week, until June 5, 2020.

2         6.      This stipulation is not made for purposes of delay.

3         Dated this 28th day of May, 2020

4   GREENSPOON MARDER, LLP                    LIPSON NEILSON, P.C.

5

6   */s/ Phillip A. Silvestri, Esq.*                  */s/ Megan H. Hummel, Esq.*

7   _____                  _____
    PHILLIP A. SILVESTRI, ESQ.                JOSEPH P. GARIN, ESQ.
8   Nevada Bar No. 11276                      Nevada Bar No. 6653
    3993 Howard Hughes Parkway, Suite 400     MEGAN H. HUMMEL, ESQ.
9   Las Vegas, NV 89169                       Nevada Bar No. 12404
    *Attorneys for Plaintiff*                   9900 Covington Cross Drive, Suite 120
10  *Diamond Resorts Corporation*               Las Vegas, NV 89144-7052

11

12                                            *Attorneys for Defendant*
                                             *Schroeter, Goldmark & Bender, P.S*
13

14

15                                           IT IS SO ORDERED

16                                           _____
                                             UNITED STATES DISTRICT JUDGE
17

18                                           DATED: ___5/28/2020___

19

20

21

22

23

24

25

26

27

28

39681.0134
44175351.1

*GREENSPOON MARDER LLP*
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256