ALVERSON TAYLOR & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
(702) 384-7000
efile@alversontaylor.com
Attorneys for Defendant KEN B. PRIVETT

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\*\*

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company, BRANDON REED, an individual and citizen of the State of Washington, TREVOR HEIN,  an individual and citizen of Canada; THOMAS PARENTAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN, ESQ., d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S. a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>　　　　　　Defendants. | Case No.: 2:17-03007-APG-VCF<br><br>**AMENDED STIPULATION AND ORDER REGARDING DEFENDANT REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM'S NON-ASSERTION OF PRIVILEGE** |

CC-26016

**AMENDED STIPULATION AND ORDER REGARDING DEFENDANT REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM'S NON-ASSERTION OF PRIVILEGE**

COMES NOW, Defendant KEN B. PRIVETT, ESQ. (hereinafter "Privett"), by and through his attorneys of record, ALVERSON TAYLOR & SANDERS, and Defendant REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM ("TET"), by and through their attorneys of record, GORDON REES SCULLY MANSUKHANI LLP, and LAW OFFICES OF PANDA KROLL, hereby stipulate and agree as follows:

A. On Tuesday, May 26, 2020, TET and Privett filed a proposed Stipulation and Order for Defendant Reed Hein & Associates, LLC dba Timeshare Exit Team to Waive the Attorney-Client Privilege. Said proposed Stipulation and Order is pending before the Court.

B. The instant Amended Stipulation and Order Regarding Defendant Reed Hein & Associates, LLC dba Timeshare Exit Team's Non-Assertion of Privilege shall amend and replace the May 26, 2020 proposed Stipulation and Order as stated below.

C. This amendment is not sought for the purpose of delay but to clarify the parties' intent in the prior proposed Stipulation and Order.

TET does not, and will not, assert a claim to attorney-client privilege and the work-product privilege over communications between Privett and TET insofar as the communications relate to Privett's work representing TET customers. Inasmuch as these communications were such that Privett provided legal advice to TET, separate from Privett's work representing TET customers, TET asserts privilege over these communications.

This stipulation does not address any potential privileges that may exist as to Privett and individual TET customers.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

*Diamond Resorts International, et al. v. Reed Hein & Assoc., et al.*

*Case No.: 2:17-03007-APG-VCF*
*Stipulation and Order For Defendant Reed Hein & Associates, LLC dba Timeshare Exit Team's Non-Assertion of Privilege*

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 29th day of May, 2020 | Dated this 29th day of May, 2020 |
| GORDON REES SCULLY MANSUKHANI LLP<br>LAW OFFICES OF PANDA KROLL | ALVERSON TAYLOR & SANDERS |
| */s/ Dione C. Wrenn*<br>DAVID T. GLUTH II, ESQ.<br>Nevada Bar No.: 010596<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No.: 007785<br>DIONE C. WRENN, ESQ.<br>Nevada Bar No.: 013285<br>GORDON REES SCULLY MANSUKHANI LLP<br>300 S. Fourth Street, Suite 1550<br>Las Vegas, NV 89101<br><br>AND<br><br>PANDA KROLL, ESQ.<br>LAW OFFICES OF PANDA KROLL<br>5999-B Ridgeview Street<br>Camarillo, CA 93012<br>*Attorneys for Defendants*<br>REID HEIN & ASSOCIATES, LLC,<br>BRANDON REED, THOMAS PARENTAU, TREVOR HEIN, and HAPPY HOUR MEDIA GROUP | */s/ LeAnn Sanders*<br>LEANN SANDERS, ESQ.<br>Nevada Bar No.: 000390<br>COURTNEY CHRISTOPHER, ESQ.<br>Nevada Bar No.: 012717<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, Nevada 89149<br>*Attorneys for Defendant*<br>KEN B. PRIVETT, ESQ. |

*Diamond Resorts International, et al. v. Reed Hein & Assoc., et al.*
*Case No.: 2:17-03007-APG-VCF*
*Stipulation and Order For Defendant Reed Hein & Associates, LLC dba Timeshare Exit Team's Non-Assertion of Privilege*

### ORDER

Pursuant to the stipulation of the appearing parties, and good cause appearing therefore, IT IS SO ORDERED.

Dated this 29th day of May, 2020.

_____
United States Magistrate Judge

ECF No. 236 is not approved since the AMENDED STIPULATION AND ORDER REGARDING DEFENDANT REED HEIN & Associates, LLC dba Timeshare Exit Team's Non-Assertion of Privilege is the operative stipulation.

Respectfully submitted by,

ALVERSON TAYLOR & SANDERS

By */s/ LeAnn Sanders*
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorneys for Defendant*
KEN B. PRIVETT, ESQ.

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR & SANDERS and that on the 29th day of May, 2020, I caused to be served via CM/ECF a true and correct copy of AMENDED STIPULATION AND ORDER REGARDING DEFENDANT REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM'S NON-ASSERTION OF PRIVILEGE, to the following:

Kimberly Maxson-Rushton, Esq.
Email: krushton@cooperlevenson.com
Gregory A. Kraemer, Esq.
Email: gkraemer@cooperlevenson.com
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, NV 89134

Phillip Silvestri, Esq.
Email: Phillip.Silvestri@gmlaw.com
GREENSPOON MARDER, LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169

Michele E. Durieux-Oquendo, Esq.
Email: Michelle.Durieux@gmlaw.com
Richard W. Epstein, Esq.
Email: Richard.Epstein@gmlaw.com
Jeffrey A. Backman, Esq.
Email: Jeffrey.Backman@gmlaw.com
GREENSPOON MARDER LLP
200 E. Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301-1963

*Attorneys for Plaintiffs*

Joseph A. Liebman, Esq.
Email: jliebman@baileykennedy.com
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302

Mitchell Reed Sussman, Esq.
*(Admitted Pro Hac Vice)*
Email: raventvl@aol.com
Leslie Benjamin, Esq.
*(Admitted Pro Hac Vice)*
Email: lesliebenjamin419@gmail.com
1053 S. Palm Canyon Drive
Palm Springs, CA 92264

*Attorneys for Defendant MITCHELL REED SUSSMAN*

Bruce Alan Finck, Esq.
Email: bfinck@bentonorr.com
Kevin M. McCormick, Esq.
Email: kmccormick@bentonorr.com
BENTON ORR DUVAL & BUCKINGHAM
39 N. California Street
Ventura, CA 93001

David T. Gluth II, Esq.
Email: dgluth@grsm.com
Robert S. Larsen, Esq.
Email: rlarsen@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
300 S. Fourth Street, Suite 1550
Las Vegas, NV 89101

Panda Kroll, Esq.
Email: pkroll@pandakrollesq.com
LAW OFFICES OF PANDA KROLL
5999-B Ridgeview Street
Camarillo, CA 93012

*Attorneys for Defendants REID HEIN & ASSOCIATES, LLC, BRANDON REED, THOMAS PARENTAU, TREVOR HEIN, and HAPPY HOUR MEDIA GROUP*

Joseph P. Garin, Esq.
Email: jgarin@lipsonneilson.com
Megan H. Hummel Esq.
Email: mhummel@lipsonneilson.com
LIPSON NIELSON P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant SCHROETER GOLDMARK & BENDER, P.S.*

/s/ Adam Noyce
An Employee of ALVERSON TAYLOR & SANDERS

n:\courtney.grp\cases\26016\pleadings\amended sao waiver of privilege.doc