Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
T:	(702) 366-1125
F:	(702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,<br><br>              Plaintiff,<br>     v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS | Case No.: **2:17-cv-03007-APG-VCF**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO SGB'S MOTION TO DISMISS [ECF #204]**<br><br>**[Third Request]** |

1

39681.0134
44200518.1

PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,

Defendants.

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A) ("FRCP"), Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Plaintiff"), and Defendant Schroeter, Goldmark & Bender, P.S. ("SGB"), hereby stipulate to extend Plaintiff's deadline to file a response to SGB's Special Motion to Dismiss Pursuant to NRS 41.660 [ECF #204][1] (the "Motion"), currently set for June 5, 2020, until June 19, 2020, and as grounds state as follows:

1. On May 1, 2020, SGB filed the subject Motion.

2. Since SGB filed the Motion, both Plaintiff and SGB have been required to respond to voluminous discovery requests and respond to various motions filed in this case. *See,* e.g., Plaintiff's Responses to SGB's Motion for Protective Order, [ECF #216], and Reed Hein's Motion to Compel [ECF #214], and SGB's response to Diamond's Motion to Exceed the Deposition Limit [ECF #215], all filed on May 8, 2020. Additionally, Diamond has responded to the Defendants' oppositions to Diamond's Motion to Exceed the Deposition Limit.

3. Since SGB filed, Plaintiff has been diligently working to respond to the Motion, and Diamond's response is well underway.

4. As previously referenced, a personal issue arose that prevented Plaintiff from being able to file a response to SGB's Motion prior to the then-current deadline of May 29, 2020. On that basis, the Court granted Diamond's request to extend the deadline to June 5, 2020. Unfortunately, this issue has taken longer to resolve than anticipated, and Plaintiff is unable to

---

[1] The Motion was originally filed as ECF #202, but a corrected image was filed as ECF #204.

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

1 file by current deadline of June 5, 2020.

2     5. In addition, the undersigned is undergoing a medical procedure at the end of this week, so a one week continuance will be insufficient to allow for adequate recovery.

4     6. As a result, Plaintiff and SGB have agreed to extend Plaintiff's response deadline by two (2) weeks, until June 19, 2020.

6     7. This stipulation is not made for purposes of delay.

Dated this 3rd day of June, 2020

| GREENSPOON MARDER, LLP | LIPSON NEILSON, P.C. |
|---|---|
| */s/ Phillip A. Silvestri, Esq.* | */s/ Megan H. Hummel, Esq.* |
| PHILLIP A. SILVESTRI, ESQ.<br>Nevada Bar No. 11276<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiff*<br>*Diamond Resorts Corporation* | JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>MEGAN H. HUMMEL, ESQ.<br>Nevada Bar No. 12404<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144-7052<br><br>*Attorneys for Defendant*<br>*Schroeter, Goldmark & Bender, P.S* |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/4/2020

39681.0134
44200518.1