1

LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
2
Nevada Bar No. 6653
MEGAN H. HUMMEL, ESQ.
3
Nevada Bar No. 12404
AMANDA A. EBERT, ESQ.
4
Nevada Bar No. 12731
9900 Covington Cross Drive, Suite 120
5
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
6
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
7
mhummel@lipsonneilson.com
aebert@lipsonneilson.com
8

*Attorneys for Defendant*
9
*Schroeter Goldmark & Bender, P.S.*

10

**UNITED STATES DISTRICT COURT**
11

**DISTRICT OF NEVADA**
12

| | |
|---|---|
| 13  DIAMOND RESORTS U.S. COLLECTION | CASE NO.: 2:17-cv-03007-APG-VCF |
| 14  DEVELOPMENT, LLC, a Delaware limited | |
| liability company, | |
| 15                          Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT SGB'S MOTION TO DISMISS PURSUANT TO NEV. REV. STAT. §41.660 [ECF NO. 244]** |
| 16  vs. | |
| 17  REED HEIN & ASSOCIATES, LLC d/b/a/ | |
| TIMESHARE EXIT TEAM, a Washington | |
| 18  limited liability company; BRANDON REED, | |
| an individual and citizen of the State of | |
| 19  Washington; TREVOR HEIN, an individual | **(First Stipulation)** |
| and citizen of Canada; THOMAS | |
| 20  PARENTEAU, an individual and citizen of the | |
| State of Washington; HAPPY HOUR MEDIA | |
| 21  GROUP, LLC, a Washington limited liability | |
| company; MITCHELL R. SUSSMAN & | |
| 22  ASSOCIATES, an individual and citizen of | |
| the State of California; SCHROETER, | |
| 23  GOLDMARK & BENDER, P.S., a | |
| Washington professional services | |
| 24  corporation; and KEN B. PRIVETT, ESQ., a | |
| citizen of the State of Oklahoma, | |
| 25                          Defendants. | |

26

27
///

28
///

*Lipson Neilson P.C.*
*9900 Covington Cross Drive, Suite 120*
*Las Vegas, Nevada 89144*
*(702) 382-1500 FAX: (702) 382-1512*

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT SGB'S MOTION TO DISMISS PURSUANT TO NEV. REV. STAT. § 41.660 [ECF NO. 244] (First Stipulation)**

Pursuant to Local Rule 7-1, Plaintiff DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("Plaintiff") and Defendant SCHROETER, GOLDMARK & BENDER, P.S. ("Defendant"), by and through their respective counsel, agree and stipulate as follows:

1.      On May 1, 2020, Defendant filed Motion to Dismiss Pursuant to NRS 41.660 [ECF No. 204] ("SGB's Motion").

2.      On May 13, 2020, a Stipulation and Order to Extend Deadline to Respond to SGB's Motion to Dismiss [ECF 227] was entered in this matter, giving Plaintiff until May 29, 2020 to respond to SGB's Motion.

3.      On May 28, 2020, a second Stipulation and Order to Extend Deadline to Respond to SGB's Motion to Dismiss [ECF 238] was entered in this matter, giving Plaintiff an extension one (1) week, until June 5, 2020 to respond to SGB's Motion.

4.      On June 3, 2020, a third Stipulation and Order to Extend Deadline to Respond to SGB's Motion to Dismiss [ECF 242] was entered in this matter, giving Plaintiff an extension until June 19, 2020 to respond to SGB's Motion.

5.      On June 19, 2020, Plaintiff filed its Response to SGB's Motion [ECF No. 244].

6.      The current deadline for Defendant to file Reply to Plaintiff's Opposition is June 26, 2020.

7.      The parties have agreed that Defendant may have an extension to time to file its Reply to Plaintiff's Opposition to Defendant SGB'S Motion, making the deadline **Friday, July 24, 2020**.

///

///

///

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1    8.    Pursuant to Local Rule 6-1(b), the Parties state the reason for the

2    extension is that counsel requires more time to evaluate and respond to the Plaintiff's

3    Response to Defendant SGB'S Motion. Counsel for Defendant will also be unavailable

4    for personal reasons the first week of July 2020

5    9.    The Parties have entered into this agreement in good faith and not for

6    purposes of delay.  This is the first stipulation for extension of time to file Defendant's

7    Reply. This request will not cause any prejudice to the parties in this matter.

8    Dated this 23rd day of June, 2020.         Dated this 23rd day of June, 2020.

9    GREENSPOON MARDER LLP                       LIPSON NEILSON P.C.

10   */s/ Phillip A. Silvestri*                  */s/ Megan H. Hummel*

11   _____            _____

12   Phillip A. Silvestri, Esq. (Bar No. 11276)  Joseph P. Garin, Esq. (Bar No. 6653)
     3993 Howard Hughes Pkwy., Ste. 400          Megan H. Hummel, Esq. (Bar No. 12404)

13   Las Vegas, NV 89169                         Amanda A. Ebert (Bar No. 12731)
                                                 9900 Covington Cross Drive, Suite 120

14   Richard W. Epstein, Esq.                    Las Vegas, Nevada 89144
     (Admitted Pro Hac Vice)

15   Jeffrey Backman, Esq.                       *Attorneys for Defendant*
     (Admitted Pro Hac Vice)                     *Schroeter Goldmark & Bender, P.S.*

16   Michelle E. Durieux, Esq.
     (Admitted Pro Hac Vice)

17   200 East Broward Blvd., Ste. 1800
     Fort Lauderdale, FL 33301

18   COOPER LEVENSON, P.A.
     Kimberly Maxson-Rushton, Esq.

19   Nevada Bar No. 5065
     Gregory A. Kraemer, Esq.

20   Nevada Bar No. 10911
     1835 Village Center Circle

21   Las Vegas, NV 89134

22   *Attorneys for Plaintiffs*

23

24   **IT IS SO ORDERED.**

25

26   _____

27   UNITED STATES DISTRICT COURT JUDGE

28   Dated: June 24, 2020.

Page 3 of 3