Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, NV 89134
T:   (702) 366-1125
F:   (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company, <br><br>                   Plaintiff, <br>     v. <br><br> REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS | Case No.: 2:17-cv-3007-APG-VCF <br><br> **JOINT MOTION FOR LEAVE TO FILE SURREPLY REGARDING SGB'S SPECIAL MOTION TO DISMISS [ECF #202]** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>                              Defendants. |

Plaintiff, Diamond Resorts US Collection, LLC ("Diamond" or "Plaintiff"), and Defendant Schroeter Goldmark & Bender, P.S. ("SGB"), pursuant to LR 7-2(b), request that this Court grant Plaintiff leave to file a limited Surreply related to SGB's Special Motion to Dismiss (ECF #202, the "Motion"), as follows:

On July 24, 2020, SGB filed its Response to Diamond's Opposition to SGB's Motion (ECF #256, the "Reply"). The Reply contains references to certain facts that were not included in, or were not available at the time of filing, the Motion three months earlier [ECF No. 202]. Because Diamond asserts it did not have an opportunity to address these issues in its Opposition, SGB has agreed, subject to this Court's approval, to allow Diamond to file a short (5 pages) Surreply to address the information Diamond contends it did not have an opportunity to respond to, including: (1) the two additional lawsuits initiated by the law firm of Albright <u>Stoddard against Diamond</u> since the filing of the Motion, referenced in the Declaration of Jorge Alvarez, Esq. attached to the Reply as Exhibit 1; (2) the documents disclosed in SGB's Sixth Supplemental Disclosure, attached to the Reply as Exhibit 6; (3) the portion of Defendant Reed Hein & Associates' Thirteenth Supplemental Disclosure, attached to the Reply as Exhibit 7, (4) SGB's request for *in camera* review of pertinent documents, and (5) the impact of (1)-(4) on any of the arguments raised in Diamond's Opposition of the Motion.

///

///

///

2

On that basis, the Parties collectively request that the Court grant Diamond leave to file the requested Surreply within seven (7) days after the Court grants this Joint Motion.

**Dated this 6th Day of August, 2020.**

| GREENSPOON MARDER, LLP | LIPSON NEILSON, P.C. |
|---|---|
| /s/ Phillip A. Silvestri, Esq. | /s/ Megan H. Hummel, Esq. |
| PHILLIP A. SILVESTRI, ESQ.<br>Nevada Bar No. 11276<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169 | JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>MEGAN H. HUMMEL, ESQ.<br>Nevada Bar No. 12404<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144-7052 |
| and | |
| RICHARD W. EPSTEIN, ESQ.<br>*Admitted Pro Hac Vice*<br>JEFFREY BACKMAN, ESQ.<br>*Admitted Pro Hac Vice*<br>MICHELLE E DURIEUX, ESQ.<br>*Admitted Pro Hac Vice*<br>200 East Broward Blvd., Suite 1800<br>Fort Lauderdale, FL 33301 | *Attorneys for Defendant*<br>*Schroeter, Goldmark & Bender, P.S.* |

and

COOPER LEVENSON, P.A.
KIMBERLY MAXON-RUSHTON, ESQ.
Nevada Bar No. 5065
GREGORY KRAEMER, ESQ.
Nevada Bar No. 10911
1835 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Plaintiff*
*Diamond Resorts Corporation*

IT IS SO ORDERED.

Dated: August 6, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 6th day of August, 2020. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Court's Service List via transmission of Notices of Electronic Filing generated by CM/ECF. For any counsel or parties who are not are not authorized to receive Notices of Electronic Filing electronically, I certify that I served those parties via First Class U.S. Mail.

*/s/ Maria Salgado*
An employee of Greenspoon Marder LLP