Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
T:       (702) 366-1125
F:       (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company, | Case No.: **2:17-cv-03007-APG-VCF** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL [ECF #264]** |
| REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an | **[First Request]** |

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

1

39681.0134
44716026.1

individual and citizen of the State of
Washington; HAPPY HOUR MEDIA GROUP,
LLC, a Washington Limited Liability Company;
MITCHELL R. SUSSMAN, ESQ. d/b/a THE
LAW OFFICES OF MITCHELL REED
SUSSMAN & ASSOCIATES, an individual and
citizen of the State of California; SCHROETER,
GOLDMARK & BENDER, P.S., a Washington
Professional Services Corporation; and KEN B.
PRIVETT, ESQ., a citizen of the State of
Oklahoma,

                    Defendants.

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A) ("FRCP"), Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Plaintiff"), and Defendant Reed Hein & Associates d/b/a/ Timeshare Exit Team ("Defendant") hereby stipulate to extend Plaintiff's deadline to file a Reply in support of Plaintiff's Motion to Compel [ECF #264] (the "Motion"), currently set for August 21, 2020, until September 4, 2020, and as grounds state as follows:

1.      Plaintiff filed the Motion on July 27, 2020.

2.      Defendant filed its Opposition on August 14, 2020, after a brief extension to its response deadline.

3.      In order to adequately respond to Defendant's Opposition, and the issues presented therein, the Parties agree that Plaintiff's deadline to file its Reply in support of the Opposition be extended two (2) weeks, up to and including September 4, 2020

///
///
///
///
///
///
///
///
///

2

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

1      4.    This is the Parties' first request for extension of this deadline, and it is not

2  intended to cause any delay or prejudice to any party. Defendant does not object to the requested

3  extension.

4      Dated this 20th day of August, 2020

5  **GREENSPOON MARDER, LLP**      **GORDON REES SCULLY**

6      **MANSUKHANI, LLP**

7  */s/ Phillip A. Silvestri*      */s/ Dione C. Wrenn*
   PHILLIP A. SILVESTRI, ESQ.      ROBERT S. LARSEN, ESQ.

8  Nevada Bar No. 11276      Nevada Bar No. 7785
   3993 Howard Hughes Parkway, Suite 400      DAVID T. GLUTH, II, ESQ.

9  Las Vegas, NV 89169      Nevada Bar No. 10596
   *Attorneys for Plaintiff*      DIONE C. WRENN, ESQ.

10  *Diamond Resorts Corporation*      Nevada Bar No. 13285
        300 South 4th Street, Suite 1550

11      Las Vegas, Nevada 89101

12

13      *Attorneys for Defendants*
        *Reed Hein & Associates, LLC dba Timeshare*

14      *Exit Team, Brandon Reed, Trevor Hein,*
        *Thomas Parenteau, and Happy Hour Media*

15      *Group, LLC*

16

17

18      IT IS SO ORDERED

19

20      _____
        UNITED STATES MAGISTRATE JUDGE

21

22      8-20-2020
        DATED: _____

23

24

25

26

27

28

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

39681.0134
44716026.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GREENSPOON MARDER LLP**
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 20th day of August 2020. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Court's Service List via transmission of Notices of Electronic Filing generated by CM/ECF. For any counsel or parties who are not are not authorized to receive Notices of Electronic Filing electronically, I certify that I served those parties via First Class U.S. Mail.

*/s/ Phillip A. Silvestri*
An employee of Greenspoon Marder LLP

39681.0134
44716026.1