LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
AMANDA A. EBERT, ESQ.
Nevada Bar No. 12731
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com
aebert@lipsonneilson.com

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company,

Plaintiff,

vs.

REED HEIN & ASSOCIATES, LLC d/b/a/ TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,

Defendants.

CASE NO.: 2:17-cv-03007-APG-VCF

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO OVERRULE SCHROETER, GOLDMARK & BENDER, P.S.' SPURIOUS PRIVILEGE AND WORK PRODUCT OBJECTIONS AND COMPEL DISCOVERY [ECF NO. 278]**

**(First Stipulation)**

///

///

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO OVERRULE SCHROETER, GOLDMARK & BENDER, P.S.' SPURIOUS PRIVILEGE AND WORK PRODUCT OBJECTIONS AND COMPEL DISCOVERY [ECF NO. 278] (First Stipulation)**

Pursuant to Local Rule 7-1, Plaintiff DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("Plaintiff") and Defendant SCHROETER, GOLDMARK & BENDER, P.S. ("Defendant"), by and through their respective counsel, agree and stipulate as follows:

1. On August 11, 2020, Plaintiff filed Motion to Overrule Schroeter, Goldmark & Bender, P.S.' Spurious Privilege and Work Product Objections and Compel Discovery [ECF No. 278] ("Plaintiff's Motion to Compel Discovery").

2. The current deadline for Defendant to file response or opposition to Plaintiff's Motion to Compel Discovery is August 25, 2020.

3. The parties have agreed that Defendant's deadline to respond to Plaintiff's Motion to Compel Discovery shall be extended for additional ten (10) days, up to and including **Friday, September 4, 2020**.

4. Pursuant to Local Rule 6-1(b), the Parties state the reason for the extension is that Defendant's counsel requires more time to adequately address and brief the issues present in Plaintiff's Motion to Compel Discovery.

///

///

///

///

///

///

///

///

///

///

5. The Parties have entered into this agreement in good faith and not for purposes of delay. This is the Parties' first stipulation for extension of this deadline. This request will not cause any prejudice to the parties in this matter.

Dated this 25th day of August, 2020.

GREENSPOON MARDER LLP

*/s/ Michelle E. Durieux*

Phillip A. Silvestri, Esq. (Bar No. 11276)
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, NV 89169

Richard W. Epstein, Esq.
(Admitted Pro Hac Vice)
Jeffrey Backman, Esq.
(Admitted Pro Hac Vice)
Michelle E. Durieux, Esq.
(Admitted Pro Hac Vice)
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301

COOPER LEVENSON, P.A.
Kimberly Maxson-Rushton, Esq.
Nevada Bar No. 5065
Gregory A. Kraemer, Esq.
Nevada Bar No. 10911
1835 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Plaintiffs*

Dated this 25th day of August, 2020.

LIPSON NEILSON P.C.

*/s/ Megan H. Hummel*

Joseph P. Garin, Esq. (Bar No. 6653)
Megan H. Hummel, Esq. (Bar No. 12404)
Amanda A. Ebert (Bar No. 12731)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 8-25-2020

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512