ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail: rlarsen@grsm.com
      dgluth@grsm.com
      dwrenn@grsm.com

*Attorneys for Defendants*
*Reed Hein & Associates, LLC dba Timeshare Exit Team,*
*Brandon Reed, Trevor Hein, Thomas Parenteau, and*
*Happy Hour Media Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, a Maryland corporation,<br><br>            Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL REED SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S. A Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of Oklahoma,<br><br>            Defendants. | Case No.:  2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO FILE RESPONSE TO PLAINTIFF'S SECOND MOTION TO COMPEL**<br><br>**[First Stipulation]** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Plaintiff DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("Plaintiff") and Defendant REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM ("Defendant") (collectively, the

"Parties") by and through their respective attorneys of record, hereby jointly stipulate as stated below.

## **STIPULATION**

1. On August 20, 2020, Plaintiff filed a Second Motion to Compel Discovery from Reed Hein & Associates, LLC and For Sanctions (the "Motion"). ECF No. 289.

2. The current deadline for response or opposition to the Motion is September 2, 2020.

3. In order to adequately address and brief the issues presented in the Motion, the Parties agree that Defendant's deadline to respond to the Motion be extended to September 11, 2020.

4. This is the Parties first request for extension of this deadline, and it is not intended to cause any delay or prejudice to any party.   Plaintiff does not object to the requested extension.

Dated this 2nd day of September, 2020.

| **GREENSPOON MARDER, LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| */s/ Michelle E. Durieux* <br>RICHARD W. EPSTEIN, ESQ. <br>*Admitted Pro Hac Vice* <br>JEFFREY BACKMAN, ESQ. <br>*Admitted Pro Hac Vice* <br>MICHELLE E DURIEUX, ESQ. <br>*Admitted Pro Hac Vice* <br>200 East Broward Blvd., Suite 1800 <br>Fort Lauderdale, FL 33301 <br><br>PHILLIP A. SILVESTRI, ESQ. <br>Nevada Bar No. 11276 <br>3993 Howard Hughes Parkway, Suite 400 <br>Las Vegas, NV 89169 <br>*Attorneys for Plaintiff* | */s/ Dione C. Wrenn* <br>ROBERT S. LARSEN, ESQ. <br>Nevada Bar No. 7785 <br>DAVID T. GLUTH, II, ESQ. <br>Nevada Bar No. 10596 <br>DIONE C. WRENN, ESQ. <br>Nevada Bar No. 13285 <br>300 South 4th Street, Suite 1550 <br>Las Vegas, Nevada 89101 <br><br>*Attorneys for Defendants* <br>*Reed Hein & Associates, LLC dba Timeshare Exit Team, Brandon Reed, Trevor Hein, Thomas Parenteau, and Happy Hour Media Group, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: 9-3-2020