LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
AMANDA A. EBERT, ESQ.
Nevada Bar No. 12731
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com
aebert@lipsonneilson.com

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a/ TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>Defendants. | CASE NO.: 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO OVERRULE SCHROETER, GOLDMARK & BENDER, P.S.' SPURIOUS PRIVILEGE AND WORK PRODUCT OBJECTIONS AND COMPEL DISCOVERY [ECF NO. 278]**<br><br>**(Second Stipulation)** |

///

///

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO OVERRULE SCHROETER, GOLDMARK & BENDER, P.S.' SPURIOUS PRIVILEGE AND WORK PRODUCT OBJECTIONS AND COMPEL DISCOVERY [ECF NO. 278] (Second Stipulation)**

Pursuant to Local Rule 7-1, Plaintiff DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("Plaintiff") and Defendant SCHROETER, GOLDMARK & BENDER, P.S. ("Defendant"), by and through their respective counsel, agree and stipulate as follows:

1. On August 11, 2020, Plaintiff filed Motion to Overrule Schroeter, Goldmark & Bender, P.S.' Spurious Privilege and Work Product Objections and Compel Discovery [ECF No. 278] ("Motion to Compel").

2. On August 25, 2020, a Stipulation and Order to Extend Time to File Response to Plaintiff's Motion to Compel Discovery was entered in this matter. [ECF No. 295].

3. The current deadline for Defendant to file response or opposition to Plaintiff's Motion to Compel Discovery is September 4, 2020.

4. The parties have agreed that Defendant shall be given an extension of one week from the current deadline, or up to and including **Friday, September 11, 2020**, to file its Response to Plaintiff's Motion to Compel.

5. The Parties likewise agree and stipulate to allow Defendant to exceed the page limits under Local Rule 7-3 such that Defendant is allowed an additional five (5) pages to file its Response to Plaintiff's Motion to Compel, if necessary.

6. The Parties likewise agree and stipulate to allow Plaintiff to exceed the page limits under Local Rule 7-3 such that Plaintiff is allowed an additional five (5) pages for any reply brief, if necessary.

7. Pursuant to Local Rule 6-1(b), the Parties state the reason for the extension is that Defendant's counsel requires more time to adequately address and brief its Opposition to the issues presented in Plaintiff's Motion to Compel Discovery. One of the attorneys for SGB also experienced a medical emergency during the week of

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1  August 31, 2020, which led to a delay in the preparation of the response.

2  8. The Parties have entered into this agreement in good faith and not for
3  purposes of delay. This is the Parties' second stipulation for extension of this deadline.
4  This request will not cause any prejudice to the parties in this matter.

5  9. Therefore, the parties agree that Defendant's Response to Plaintiff's
6  Motion to Compel Discovery [ECF No. 278] is now due on **September 11, 2020**, that
7  Defendant is allowed to exceed Local Rule 7-4 Page Limit by 5 pages, and that Plaintiff
8  is allowed to exceed Local Rule 7-4 Page Limit by 5 pages in any reply brief, if
9  necessary.

Dated this 4th day of September, 2020.   Dated this 4th day of September, 2020.

GREENSPOON MARDER LLP   LIPSON NEILSON P.C.

*/s/ Michelle E. Durieux*   */s/ Megan H. Hummel*

_____   _____
Phillip A. Silvestri, Esq. (Bar No. 11276)   Joseph P. Garin, Esq. (Bar No. 6653)
3993 Howard Hughes Pkwy., Ste. 400   Megan H. Hummel, Esq. (Bar No. 12404)
Las Vegas, NV 89169   Amanda A. Ebert (Bar No. 12731)
                                                             9900 Covington Cross Drive, Suite 120
Richard W. Epstein, Esq.   Las Vegas, Nevada 89144
(Admitted Pro Hac Vice)
Jeffrey Backman, Esq.   *Attorneys for Defendant*
(Admitted Pro Hac Vice)   *Schroeter Goldmark & Bender, P.S.*
Michelle E. Durieux, Esq.
(Admitted Pro Hac Vice)
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301

COOPER LEVENSON, P.A.
Kimberly Maxson-Rushton, Esq.
Nevada Bar No. 5065
Gregory A. Kraemer, Esq.
Nevada Bar No. 10911
1835 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
_ UNITED STATES MAGISTRATE JUDGE

DATED: 9-4-2020