Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
T:   (702) 366-1125
F:   (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an | Case No.: **2:17-cv-03007-APG-VCF**<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL [ECF #278]**<br><br>**[Second Request]** |

1

39681.0134
44716026.1

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

| | |
|---|---|
| 1 | individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma, |
| | Defendants. |

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A) ("FRCP"), Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Plaintiff"), and Defendant Schroeter Goldmark & Bender, P.S. ("Defendant") hereby stipulate to extend Plaintiff's deadline to file a Reply in support of Plaintiff's Motion to Overrule SGB's Privilege and Work Product Claims and Compel Discovery [ECF #278] (the "Motion"), currently set for September 25, 2020 until September 28, 2020, and as grounds state as follows:

1. Plaintiff filed the Motion on August 11, 2020.

2. Defendant filed its Opposition on September 11, 2020, after a brief extension to its response deadline.

3. As the Court is aware, the question of whether the attorney-client and work product privileges apply in this case is a fundamental issue in discovery.

4. Defendant's Opposition presents new documents, including a significant supplements to Defendant's privilege log that were served concurrently with Defendant's Opposition.

5. The Parties previously stipulated to extend Plaintiff's dedline by one week to evaluate the newly-disclosed documents, however Plaintiff has not been able to complete these tasks as quickly as expected.

6. Diamond is working diligently on its Reply.

7. In order to adequately respond to Defendant's Opposition, and the issues presented therein, the Parties agree that Plaintiff's deadline to file its Reply in support of the

2

39681.0134
44716026.1

1  Motion be extended one (1) business day, up to and including September 28, 2020

2      8.     This is the Parties' second request for extension of this deadline, and it is not
3  intended to cause any delay or prejudice to any party. Defendant does not object to the requested
4  extension.

5      Dated this 25th day of September, 2020

**GREENSPOON MARDER, LLP**                  **LIPSON NEILSON, P.C.**

*/s/ Phillip A. Silvestri*_____            */s/ Megan H. Hummel, Esq.* ____
PHILLIP A. SILVESTRI, ESQ.                  JOSEPH P. GARIN, ESQ.
Nevada Bar No. 11276                        Nevada Bar No. 6653
3993 Howard Hughes Parkway, Suite 400       MEGAN H. HUMMEL, ESQ.
Las Vegas, NV 89169                         Nevada Bar No. 12404
*Attorneys for Plaintiff*                    9900 Covington Cross Drive, Suite 120
*Diamond Resorts Corporation*                Las Vegas, NV 89144-7052

*Attorneys for Defendant*
*Schroeter, Goldmark & Bender, P.S.*


IT IS SO ORDERED
_____
UNITED STATES MAGISTRATE JUDGE

           9-25-2020
DATED: _____

3

39681.0134
44716026.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 25th day of September 2020. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Court's Service List via transmission of Notices of Electronic Filing generated by CM/ECF. For any counsel or parties who are not are not authorized to receive Notices of Electronic Filing electronically, I certify that I served those parties via First Class U.S. Mail.

*/s/ Phillip A. Silvestri*
An employee of Greenspoon Marder LLP

39681.0134
44716026.1