Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-6958
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton 675
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
T:      (702) 366-1125
F:      (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an | Case No.: **2:17-cv-03007-APG-VCF**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL [ECF #284]**<br><br>**[Second Request]** |

1

39681.0134
45145168.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>                                Defendants. |

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A) ("FRCP"), Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Plaintiff"), and Defendant Reed Hein & Associates d/b/a/ Timeshare Exit Team ("Defendant") hereby stipulate to extend Plaintiff's deadline to file a Reply in support of Plaintiff's Motion to Compel [ECF #284] (the "Motion"), currently set for October 2, 2020, until October 9, 2020, and as grounds state as follows:

1. Plaintiff filed the Motion on August 19, 2020.

2. Defendant filed its Opposition on September 11, 2020, after a brief extension to its response deadline.

3. Plaintiff recently completed drafting its Reply in Support of its Motion to Overrule SGB's Privilege Claims, which is a fundamental issue in this litigation. Plaintiff is also in the process of drafting its opposition to SGB's Motion for Leave to file supplemental evidence in support of its Opposition related to the privilege motion.

4. In addition to working on related briefing, Defendant's Opposition raised several points related to documents that have been produced, but were not been specifically identified by bates reference. Counsel for Defendant recently provided bates references Defendant indicates are related to the referenced productions, and Plaintiff is evaluating these assertions.

5. In order to adequately respond to Defendant's Opposition, and the issues presented therein, the Parties agree that Plaintiff's deadline to file its Reply in support of the Motion be extended an additional week, up to and including October 9, 2020.

6. The hearing on this matter is scheduled on October 26, 2020. Accordingly this

2

39681.0134
45145168.1

1  extension will not impact the current hearing.

2      7.    This is the Parties' second request for extension of this deadline, and it is not
3  intended to cause any delay or prejudice to any party. Defendant does not object to the requested
4  extension.

5      Dated this 30th day of September, 2020

| | |
|---|---|
| **GREENSPOON MARDER, LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Phillip A. Silvestri*_____<br>PHILLIP A. SILVESTRI, ESQ.<br>Nevada Bar No. 11276<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiff*<br>*Diamond Resorts Corporation* | */s/ Dione C. Wrenn* _____<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>DAVID T. GLUTH, II, ESQ.<br>Nevada Bar No. 10596<br>DIONE C. WRENN, ESQ.<br>Nevada Bar No. 13285<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*Reed Hein & Associates, LLC dba Timeshare Exit Team, Brandon Reed, Trevor Hein, Thomas Parenteau, and Happy Hour Media Group, LLC* |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __9-30-2020_____

39681.0134
45145168.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 17th day of September 2020. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Court's Service List via transmission of Notices of Electronic Filing generated by CM/ECF. For any counsel or parties who are not are not authorized to receive Notices of Electronic Filing electronically, I certify that I served those parties via First Class U.S. Mail.

                */s/ Phillip A. Silvestri*
                An employee of Greenspoon Marder LLP

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256