1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ALVERSON TAYLOR & SANDERS**
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

ALVERSON TAYLOR & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
(702) 384-7000
efile@alversontaylor.com
Attorneys for Defendant KEN B. PRIVETT

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
*****

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC | Case No.: 2:17-03007-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company, BRANDON REED, an individual and citizen of the State of Washington, TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN, ESQ., d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S. a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

CC-26016

1

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("Diamond"), by and through its attorneys of record, COOPER LEVENSON, P.A. and GREENSPOON MARDER LLP; and Defendant KEN B. PRIVETT[1] ("Privett"), by and through his attorneys of record, ALVERSON TAYLOR & SANDERS, hereby jointly stipulate and move for an Order dismissing the Second Amended Complaint as to Privett only, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), with Plaintiff and Privett, as between each other only and no other party to this lawsuit, each bearing their own fees and costs,. The Second Amended Complaint shall in all other respects be unaffected by this Stipulation and the Order of Dismissal, with Prejudice, of Plaintiff's claims against Privett. All claims against all other Defendants are unaffected by this Stipulation and Order and will remain in full force and effect.

Diamond and Privett's stipulation of dismissal is contingent upon this Court retaining jurisdiction over Privett to decide Diamond's pending *Motion to Compel Production of Documents Improperly Withheld as Privileged by Ken B. Privett* [DE 252]. Diamond and Privett have agreed to abide by and comply with the Court's decision on Diamond's Motion to Compel, including to the extent the Court's decision said order is modified on appeal, and/or subsequent proceeding.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Sued as Ken B. Privett, Esq.

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

CC-26016

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

*Diamond Resorts U.S. Collection, LLC v. Reed Hein & Assoc., et al.*
*Case No.: 2:17-03007-APG-VCF*
*STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*

**IT IS SO STIPULATED.**

Dated this 17th day of November, 2020          Dated this 17th day of November, 2020


*/s/ Phillip A. Silvestri*                              */s/ LeAnn Sanders*
RICHARD W. EPSTEIN                      LEANN SANDERS, ESQ.
Florida Bar No. 229091                    Nevada Bar No.: 000390
*Admitted Pro Hac Vice*                   COURTNEY CHRISTOPHER, ESQ.
JEFFREY A. BACKMAN                     Nevada Bar No.: 012717
Florida Bar No. 662501                    ALVERSON TAYLOR & SANDERS
*Admitted Pro Hac Vice*                   6605 Grand Montecito Parkway, Suite 200
MICHELLE E. DURIEUX                    Las Vegas, Nevada 89149
Florida Bar No. 71716                      *Attorneys for Defendant*
*Admitted Pro Hac Vice*                   KEN B. PRIVETT, ESQ.

GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxon-Rushton, Esq.
R. Scott Rasmussen, Esq.
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134

Attorneys for Plaintiff

CC-26016

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*__Diamond Resorts International, et al. v. Reed Hein & Assoc., et al.__*
*Case No.: 2:17-03007-APG-VCF*
*STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*

## <u>ORDER</u>

Pursuant to the stipulation of the appearing parties, and good cause appearing therefore,
IT IS SO ORDERED.

Dated this  17th day of November, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

ALVERSON TAYLOR & SANDERS

By */s/ LeAnn Sanders*
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorneys for Defendant*
KEN B. PRIVETT, ESQ.

CC-26016

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR & SANDERS and that on the 17th day of November, 2020, I caused to be served via CM/ECF a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to the following:

Kimberly Maxson-Rushton, Esq.
Email: krushton@cooperlevenson.com
Gregory A. Kraemer, Esq.
Email: gkraemer@cooperlevenson.com
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102

Phillip Silvestri, Esq.
Email: Phillip.Silvestri@gmlaw.com
GREENSPOON MARDER, LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV  89169

Michele E. Durieux-Oquendo, Esq.
Email: Michelle.Durieux@gmlaw.com
Richard W. Epstein, Esq.
Email: Richard.Epstein@gmlaw.com
Jeffrey A. Backman, Esq.
Email: Jeffrey.Backman@gmlaw.com
GREENSPOON MARDER LLP
200 E. Broward Blvd., Ste. 1800
Fort Lauderdale, FL  33301-1963

*Attorneys for Plaintiffs*

Joseph A. Liebman, Esq.
Email: jliebman@baileykennedy.com
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302

Mitchell Reed Sussman, Esq.
*(Admitted Pro Hac Vice)*
Email: raventvl@aol.com
Leslie Benjamin, Esq.
*(Admitted Pro Hac Vice)*
Email: lesliebenjamin419@gmail.com
1053 S. Palm Canyon Drive
Palm Springs, CA 92264

*Attorneys for Defendant*
*MITCHELL REED SUSSMAN*

Bruce Alan Finck, Esq.
Email: bfinck@bentonorr.com
Kevin M. McCormick, Esq.
Email: kmccormick@bentonorr.com
BENTON ORR DUVAL & BUCKINGHAM
39 N. California Street
Ventura, CA 93001

David T. Gluth II, Esq.
Email: dgluth@grsm.com
Robert S. Larsen, Esq.
Email: rlarsen@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
300 S. Fourth Street, Suite 1550
Las Vegas, NV 89101

Panda Kroll, Esq.
Email: pkroll@pandakrollesq.com
LAW OFFICES OF PANDA KROLL
5999-B Ridgeview Street
Camarillo, CA 93012

*Attorneys for Defendants REID HEIN &*
*ASSOCIATES, LLC, BRANDON REED,*
*THOMAS PARENTAU,TREVOR HEIN,*
*and HAPPY HOUR MEDIA GROUP*

Joseph P. Garin, Esq.
Email: jgarin@lipsonneilson.com
Megan H. Hummel Esq.
Email: mhummel@lipsonneilson.com
Amanda A. Ebert, Esq.
aebert@lipsonneilson.com
LIPSON NIELSON P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant SCHROETER GOLDMARK*
*& BENDER, P.S.*

/s/ Adam Noyce
An Employee of
ALVERSON TAYLOR & SANDERS

o:\cases\26016\pleadings\sao dismissal.docx

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV  89149
(702) 384-7000

CC-26016