LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com
dochoa@lipsonneilson.com

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a/ TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>Defendants. | CASE NO.: 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER (ECF 342, ECF 353 & ECF 355) [ECF NO. 364]**<br><br>**(First Stipulation)** |

///

///

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER (ECF 342, ECF 353 & ECF 355) [ECF NO. 364]**

Pursuant to Local Rule 7-1, Plaintiff DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("Plaintiff"), Defendants REED HEIN & ASSOCIATES, LLC d/b/a/ TIMESHARE EXIT TEAM, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU, HAPPY HOUR MEDIA GROUP, LLC, and SCHROETER, GOLDMARK & BENDER, P.S. (collectively hereinafter "Defendants"), by and through their respective counsel, agree and stipulate as follows:

1. On December 18, 2020, Plaintiff filed Objections to Magistrate Judge's Order (ECF 342, ECF 353 & ECF 355) [ECF No. 364] ("Plaintiff's Objections").

2. The deadline for Defendants to respond to Plaintiff's Objections is January 4, 2021.

3. The Parties have agreed that Defendants' deadline to respond to Plaintiff's Objections shall be extended for additional two (2) weeks, up to and including **Tuesday, January 19, 2021**.

4. Pursuant to Local Rule 6-1(b), the Parties state the reason for the extension is that Defendants' require more time to adequately address and brief the issues raised in Plaintiff's Objections.

///
///
///
///
///
///
///
///
///

5. The Parties have entered into this agreement in good faith and not for purposes of delay. This is the Parties' first stipulation for extension of this deadline. This request will not cause any prejudice to the parties in this matter.

Dated this 23rd day of December, 2020.

**GREENSPOON MARDER LLP**

*/s/ Phillip A. Silvestri*

_____
Phillip A. Silvestri, Esq. (NV Bar No. 11276)
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, NV 89169

Richard W. Epstein, Esq.
(Admitted Pro Hac Vice)
Jeffrey Backman, Esq.
(Admitted Pro Hac Vice)
Michelle E. Durieux, Esq.
(Admitted Pro Hac Vice)
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301

and

**COOPER LEVENSON, P.A.**
Kimberly Maxson-Rushton, Esq.
NV Bar No. 5065
Gregory A. Kraemer, Esq.
NV Bar No. 1091
1835 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Plaintiff*

Dated this 28th day of December, 2020.

**LIPSON NEILSON P.C.**

*/s/ Megan H. Hummel*

_____
Joseph P. Garin, Esq. (NV Bar No. 6653)
Megan H. Hummel, Esq (NV Bar No. 12404)
David T. Ochoa, Esq. (NV Bar No. 10414)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

Dated this 23rd day of December ,2020.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*

_____
Robert S. Larsen, Esq. (NV Bar No. 7785)
David T. Gluth II, Esq. (NV Bar No. 10596)
Dione C. Wrenn, Esq. (NV Bar No. 13285)
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Reed Hein & Associates, LLC dba*
*Timeshare Exit Team, Brandon Reed,*
*Trevor Hein, Thomas Parenteau, and*
*Happy Hour Media Group*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 29, 2020