Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
T:     (702) 366-1125
F:     (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br> v. <br><br> REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an | Case No.: **2:17-cv-03007-APG-VCF** <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO SGB's MOTION TO STRIKE [ECF #380]** <br><br> **[First Request]** |

1

45810159v1

individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,

Defendants.

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A) ("FRCP"), Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Diamond"), and Defendant Schroeter Goldmark & Bender, P.S. ("SGB") hereby stipulate to extend Diamond's Response to SGB's Motion to Strike [ECF 380] (the "Motion"), currently set for February 8, 2021, or a period of one (1) week, through February 15, 2021, and as grounds state as follows:

1. SGB Filed the Motion on January 25, 2021.

2. Between the filing of the Motion, and Diamond's present response deadline, Diamond was required to respond to Requests for Production from both SGB and Defendant Reed Hein & Associates, as well as respond to SGB's Interrogatories. In conjunction therewith, Diamond produced over 150,000 pages of documents.

3. In addition to the discovery responses, the parties have been engagaed in ongoing meet and confer efforts regarding several other issues. Though the parties have been working diligently to resolve many of these issues, it is likely that the parties will seek the Court's intervention in the relatively near future.

4. In order to adequately respond to SGB's Motion, and the issues presented therein, the Diamond and SGB agree that Diamond's deadline to file its response should be extend one (1) week, up to and including February 15, 2021.

///

///

///

2

45810159v1

5. This is the Parties' first request for extension of this deadline, and it is not intended to cause any delay or prejudice to any party. Defendant does not object to the requested extension.

Dated this 5th day of February, 2021.

GREENSPOON MARDER LLP

LIPSON NEILSON, P.C.

_____/s/ Phillip A. Silvestri, Esq._____
PHILLIP A. SILVESTRI, ESQ.
Nevada Bar No. 11276
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169

Attorneys for Plaintiff
Diamond Resorts U.S. Collection Development, LLC

*/s/ Megan H. Thongham, Esq.*_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. THONGHAM, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144-7052

Attorneys for Defendant
Schroeter, Goldmark & Bender, P.S.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 8, 2021

3

45810159v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 5th day of December, 2021. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Court's Service List via transmission of Notices of Electronic Filing generated by CM/ECF. For any counsel or parties who are not are not authorized to receive Notices of Electronic Filing electronically, I certify that I served those parties via First Class U.S. Mail.

*/s/ Phillip A. Silvestri*
An employee of Greenspoon Marder LLP

4

45810159v1