LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com
dochoa@lipsonneilson.com

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br> vs. <br><br> REED HEIN & ASSOCIATES, LLC d/b/a/ TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma, <br><br> Defendants. | CASE NO.: 2:17-cv-03007-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER (ECF 342, ECF 353 & ECF 355) [ECF NO. 364]** <br><br> **(Second Request)** |

///

///

Page 1 of 3

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER (ECF 342, ECF 353 & ECF 355) [ECF NO. 364]**

Pursuant to Local Rule 7-1, Plaintiff DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("Plaintiff") and Defendant SCHROETER, GOLDMARK & BENDER, P.S. ("SGB"), by and through their respective counsel, agree and stipulate as follows:

1. On December 18, 2020, Plaintiff filed Objections to Magistrate Judge's Order (ECF 342, ECF 353 & ECF 355) [ECF No. 364] ("Plaintiff's Objections"). The deadline for Defendants to respond to Plaintiff's Objections was January 4, 2021.

2. The Parties initially stipulated that SGB's deadline to respond to Plaintiff's Objections would be extended to Tuesday, January 19, 2021. ECF No. 366.

3. Recently, a dispute has arisen between Plaintiff and SGB regarding Exhibit 2 to Plaintiff's Objections.

4. The Parties are in the process of meeting and conferring on this issue, however, Plaintiff's counsel will be undergoing an unexpected medical procedure on Monday, January 18, 2021, and discussions have not yet concluded.

5. The Parties therefore agree and stipulate that the deadline for SGB to respond to Plaintiff's Objections, ECF No. 364, shall be extended to Monday, January 25, 2021.

6. Pursuant to Local Rule 6-1(b), the Parties state the reason for the extension is the need to continue to meet and confer regarding Exhibit 2 prior to SGB filing a response to the Objection. The Parties further desire to provide Plaintiff's counsel with adequate time to recover from his unexpected medical procedure without unnecessary pressures arising from the meet and confer process.

///

///

///

7. The Parties have entered into this agreement in good faith and not for purposes of delay. This is the Parties' second stipulation for extension of this deadline. This request will not cause any prejudice to the parties in this matter.

Dated this 17th day of January, 2021.

**GREENSPOON MARDER LLP**

*/s/ Phillip A. Silvestri*
_____
Phillip A. Silvestri, Esq. (NV Bar No. 11276)
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, NV 89169

Richard W. Epstein, Esq.
(Admitted Pro Hac Vice)
Jeffrey Backman, Esq.
(Admitted Pro Hac Vice)
Michelle E. Durieux, Esq.
(Admitted Pro Hac Vice)
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301

and

**COOPER LEVENSON, P.A.**
Kimberly Maxson-Rushton, Esq.
NV Bar No. 5065
Gregory A. Kraemer, Esq.
NV Bar No. 1091
1835 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Plaintiff*

Dated this 17th day of January, 2021.

**LIPSON NEILSON P.C.**

*/s/ Megan H. Hummel*
_____
Joseph P. Garin, Esq. (NV Bar No. 6653)
Megan H. Hummel, Esq (NV Bar No. 12404)
David T. Ochoa, Esq. (NV Bar No. 10414)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 10, 2021