LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. THONGKHAN, ESQ.
Nevada Bar No. 12404
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
mthongkhan@lipsonneilson.com
dochoa@lipsonneilson.com

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a/ TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>Defendants. | CASE NO.: 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR PROTECTIVE ORDER REGARDING SCHROETER, GOLDMARK & BENDER, P.S.'S FRCP 30(B)(6) DEPOSITION NOTICE TO PLAINTIFF [ECF NO. 404]**<br><br>**(First Request)** |

///

///

///

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR PROTECTIVE ORDER REGARDING SCHROETER, GOLDMARK & BENDER, P.S.'S FRCP 30(B)(6) DEPOSITION NOTICE TO PLAINTIFF [ECF No. 404]**
**(First Request)**

Pursuant to Local Rule 7-1, Plaintiff DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("Plaintiff") and Defendant SCHROETER, GOLDMARK & BENDER, P.S. ("SGB"), by and through their respective counsel, agree and stipulate as follows:

1. On March 4, 2021, Plaintiff filed Motion for Protective Order Regarding Schroeter, Goldmark & Bender, P.S.'s FRCP 30(b)(6) Deposition Notice to Plaintiff [ECF 404] ("Motion");

2. The deadline for SGB to respond to Plaintiff's Motion is March 18, 2021.

3. The Parties agree that SGB will need additional period of time to review Plaintiff's lengthy Motion along with the exhibits presented therein.

4. The Parties therefore agree and stipulate that the deadline for SGB to file its response to Plaintiff's Motion, ECF No. 404, shall be extended for two weeks, up to and including **Thursday, April 1, 2021**.

5. Pursuant to Local Rule 6-1(b), the Parties state the reason for the extension is to provide additional time to SGB's counsel to adequately respond to the issues raised in Plaintiff's Motion.

6. The Parties have entered into this agreement in good faith and not for purposes of delay. This is the Parties' first stipulation for extension of this deadline. This request will not cause any prejudice to the parties in this matter.

///
///
///
///
///
///

*Diamond Resorts U.S. Collection Development, LLC v.*
*Reed Hein & Associates, LLC, et al.*
*Case No. 2:17-cv-03007-APG-VCF*

Dated this 12th day of March, 2021.

**GREENSPOON MARDER LLP**

*/s/ Phillip A. Silvestri*
_____
Phillip A. Silvestri, Esq.
(NV Bar No. 11276)
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, NV 89169

Richard W. Epstein, Esq.
(Admitted Pro Hac Vice)
Jeffrey Backman, Esq.
(Admitted Pro Hac Vice)
Michelle E. Durieux, Esq.
(Admitted Pro Hac Vice)
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301

and

**COOPER LEVENSON, P.A.**
Kimberly Maxson-Rushton, Esq.
NV Bar No. 5065
Gregory A. Kraemer, Esq.
NV Bar No. 1091
1835 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Plaintiff*

Dated this 12th day of March, 2021.

**LIPSON NEILSON P.C.**

*/s/ Megan H. Thongkham*
_____
Joseph P. Garin, Esq.
(NV Bar No. 6653)
Megan H. Thongkham, Esq
(NV Bar No. 12404
David T. Ochoa, Esq.
(NV Bar No. 10414)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-12-2021 _____