ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail:  rlarsen@grsm.com
          dgluth@grsm.com
          dwrenn@grsm.com

*Attorneys for Defendants*
*Reed Hein & Associates, LLC dba Timeshare Exit Team,*
*Brandon Reed, Trevor Hein, Thomas Parenteau, and*
*Happy Hour Media Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, a Maryland corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC, d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL REED SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S. A Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of Oklahoma,<br><br>Defendants. | Case No.:  2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>**[First Stipulation]** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Plaintiff DIAMOND RESORTS U.S.

COLLECTION DEVELOPMENT, LLC ("Plaintiff") and Defendant REED HEIN &

ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM ("TET Defendants") (collectively, the

-1-

"Parties") by and through their respective attorneys of record, hereby jointly stipulate as stated below.

**STIPULATION**

1.      On March 4, 2021, Plaintiff filed a Motion for Protective Order related to the deposition of the FRCP 30(b)(6) deposition of Plaintiff (the "Motion").  ECF No. 404.

2.      TET Defendants served a joinder to the deposition notice and TET Defendants' counsel participated in the meet and confer conference regarding the topics.  TET Defendants advised Plaintiff that it would be joining in the briefing on the issues that could not be resolved.

3.      The deadline for response or opposition to the Motion was March 18, 2021.

4.      Plaintiff and SGB submitted a stipulation and order extending the deadline for the response until April 1, 2021, which was granted by the court.  ECF No. 406.

5.      TET Defendants were not included in the prior stipulation so in an abundance of caution are submitting its own stipulation for the court.

6.      In order to adequately address and brief the issues presented in the Motion (ECF No. 404), the Parties agree that TET Defendants deadline to respond to the Motion also be extended up to and including April 1, 2021.

///

///

///

///

///

///

///

///

///

///

///

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

7.      This is the Parties first request for extension of this deadline, and it is not intended to cause any delay or prejudice to any party.   Plaintiff does not object to the requested extension.

Dated this 16th day of March, 2021.

**GREENSPOON MARDER, LLP**

/s/ Phillip A. Silvestri
PHILLIP A. SILVESTRI, ESQ.
Nevada Bar No. 11276
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169

RICHARD W. EPSTEIN, ESQ.
*Admitted Pro Hac Vice*
JEFFREY BACKMAN, ESQ.
*Admitted Pro Hac Vice*
MICHELLE E DURIEUX, ESQ.
*Admitted Pro Hac Vice*
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301

*Attorneys for Plaintiff*

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ David T. Gluth
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Reed Hein & Associates, LLC dba Timeshare Exit Team, Brandon Reed, Trevor Hein, Thomas Parenteau, and Happy Hour Media Group, LLC*

<u>**ORDER**</u>

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:  3-16-2021

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101