Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
T:    (702) 366-1125
F:    (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br> v. <br><br> REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an | Case No.: **2:17-cv-03007-APG-VCF** <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER [ECF #404]** <br><br> **[First Request]** |

45810159v1

1

|   |   |
|---|---|
| 1 | individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma, |

Defendants.

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A) ("FRCP"), Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Diamond"), , Defendant Schroeter Goldmark & Bender, P.S. ("SGB"), and Defendant Reed Hein & Associates *dba* Timeshare Exit Team ("TET") hereby stipulate to extend the deadlines for Diamond to file its Reply in support of its Motion for Protective Order (the "Motion") [ECF #404], currently set for April 7, 2021 (SGB), and April 8, 2021 (TET), for a period of nine (9) and eight (8) days, respectively, through April 16, 2021, and as grounds state as follows:

1. Diamond filed the Motion on March 4, 2021.

2. The Parties stipulated to extend SGB's and TET's deadlines to respond to the Motion through April 8, 2021.

3. SGB filed its response to the Motion on April 1, 2021.

4. TET filed its response to the Motion on April 2, 2021.

5. As the Court is aware, Diamond is currently in the process of taking Depositions on Written Questions of the Identified Owners, which is taking a substantial amount of time for all parties.

6. In addition, the Parties, particularly Diamond and TET, are currently working to revolve various time-sensitive issues related to the DWQs of the Identified Owners.

7. In order to adequately reply to SGB and TET's responses, and to harmonize the reply deadlines relative to both SGB and TET's responses, the Parties have agreed to extend Diamond's deadline to file its Reply in support of the Motion SGB's Motion, and the issues

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

2

45810159v1

presented therein, the Diamond and SGB agree that Diamond's deadline to file its response should be extend through April 16, 2021.

8. This is the Parties' first request for extension of this deadline, and it is not intended to cause any delay or prejudice to any party. Defendant does not object to the requested extension.

Dated this 5th day of April, 2021.

GREENSPOON MARDER LLP

_/s/ Phillip A. Silvestri, Esq._
PHILLIP A. SILVESTRI, ESQ.
Nevada Bar No. 11276
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169

Attorneys for Plaintiff
Diamond Resorts U.S. Collection Development, LLC

LIPSON NEILSON, P.C.

_/s/ Megan H. Thongham, Esq._
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. THONGHAM, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144-7052

Attorneys for Defendant SGB

**GORDON REES SCULLY MANSUKHANI, LLP**

_/s/ David T. Gluth, Esq._
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for TET*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-9-2021

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

3

45810159v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 5th day of April, 2021. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Court's Service List via transmission of Notices of Electronic Filing generated by CM/ECF. For any counsel or parties who are not are not authorized to receive Notices of Electronic Filing electronically, I certify that I served those parties via First Class U.S. Mail.

 */s/ Phillip A. Silvestri*
An employee of Greenspoon Marder LLP

45810159v1