Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey Backman, Esq. (admitted *Pro Hac Vice*)
Michelle Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

Kimberly Maxson-Rushton
Nevada Bar No. 5065
Gregory Kraemer
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
T:      (702) 366-1125
F:      (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an | Case No.: **2:17-cv-03007-APG-VCF**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR LEAVE [ECF #423]**<br><br>**[First Request]** |

1

| | |
|---|---|
| 1 | individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma, |

Defendants.

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A), Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Plaintiff"), Defendant Schroeter Goldmark & Bender, P.S. ("SGB"), and Defendant Reed Hein & Associates d/b/a/ Timeshare Exit Team ("TET" and with SGB, "Defendants") hereby stipulate to extend the response and reply in support filing deadlines with respect to Plaintiff's Motion to Leave [ECF #423] (the "Motion"). Plaintiff and Defendant are collectively referred to as the "Parties."

1. Plaintiff filed the Motion on May 24, 2021.

2. Defendants' current deadline to file their Responses is June 7, 2021.

3. To adequately respond to Plaintiff's Motion, and the issues presented therein, the Parties agree that Defendants' deadline to file a response be extended **June 9, 2021**.

4. Further, to adequately address the issues Plaintiff anticipates will be presented in Defendants' Response, and because the undersigned will be out of the jurisdiction, the Parties agree that Plaintiff's deadline to file its Reply in support of the Motion be extended two (2) weeks up to and including **June 30, 2021**.

//
///
///
////
///
///

2

5. This is the Parties' first request for extension of these deadlines, and it is not intended to cause any delay or prejudice to any party.

Dated this 4th day of June, 2021.

| **GREENSPOON MARDER, LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| */s/ Phillip A. Silvestri* | */s/ Dione C. Wrenn* |
| PHILLIP A. SILVESTRI, ESQ. | ROBERT S. LARSEN, ESQ. |
| Nevada Bar No. 11276 | Nevada Bar No. 7785 |
| 3993 Howard Hughes Parkway, Suite 400 | DAVID T. GLUTH, II, ESQ. |
| Las Vegas, NV 89169 | Nevada Bar No. 10596 |
| *Attorneys for Plaintiff* | DIONE C. WRENN, ESQ. |
| *Diamond Resorts U.S. Collection Development, LLC* | Nevada Bar No. 13285 |
| | 300 South 4th Street, Suite 1550 |
| | Las Vegas, Nevada 89101 |

*Attorneys for Defendants*
*Reed Hein & Associates, LLC dba Timeshare Exit Team, Brandon Reed, Trevor Hein, Thomas Parenteau, and Happy Hour Media Group, LLC*

LIPSON NEILSON, P.C.

  */s/ Megan H. Thongham, Esq.*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. THONGHAM, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144-7052

*Attorneys for Defendant SGB*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  6/8/2021

3