| | |
|---|---|
| 1 | LIPSON NEILSON P.C. |
| | JOSEPH P. GARIN, ESQ. |
| 2 | Nevada Bar No. 6653 |
| | MEGAN H. THONGKHAM, ESQ. |
| 3 | Nevada Bar No. 12404 |
| | 9900 Covington Cross Drive, Suite 120 |
| 4 | Las Vegas, Nevada 89144 |
| | (702) 382-1500 - Telephone |
| 5 | (702) 382-1512 - Facsimile |
| | jgarin@lipsonneilson.com |
| 6 | mthongkham@lipsonneilson.com |

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a/ TIMESHARE EXIT TEAM, a Washington limited liability company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; MITCHELL R. SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington professional services corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,<br><br>Defendants. | CASE NO.: 2:17-cv-03007-APG-VCF<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO STRIKE EXHIBIT 2**<br><br>**[ECF NO. 380]**<br><br>**(First Request)** |

///

///

///

///

## STIPULATION AND ORDER TO WITHDRAW MOTION TO STRIKE EXHIBIT 2 [ECF NO. 380] (First Request)

Pursuant to Local Rules 6-2 and 7-1, Plaintiff Diamond Resorts US Collection Development, LLC ("Diamond" or "Plaintiff"), and Schroeter Goldmark & Bender, P.S. ("Defendant" or "SGB"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On January 25, 2021, SGB filed "Defendant Schroeter Goldmark & Bender P.S.'s Motion to Strike Exhibit 2 to Plaintiff Diamond Resorts U.S. Collection Development, LLC's Objections to Magistrate Judge's [ECF 380] ("Motion to Strike") with Oral Argument Requested.

2. On February 16, 2021, Diamond filed an Opposition to Defendant SGB's Motion to Strike [ECF 393].

3. On March 2, 2021, SGB filed Reply to Plaintiff's Response to Motion to Strike [ECF 403].

4. No oral argument on SGB's Motion to Strike has been set by the Court.

5. After careful deliberation, the parties have agreed to withdraw SGB's Motion to Strike [ECF 380].

6. On that basis, the Parties hereby give notice of withdrawal of SGB'S Motion to Strike [ECF 380] and request that the Court enter an order withdrawing SGB'S Motion to Strike [ECF 380].

///
///
///
///
///
///
///
///

Dated this 1st day of July, 2021.

**GREENSPOON MARDER LLP**

*/s/ Phillip A. Silvestri*
_____
Phillip A. Silvestri, Esq. (NV Bar No. 11276)
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, NV 89169

Richard W. Epstein, Esq.
(Admitted Pro Hac Vice)
Jeffrey Backman, Esq.
(Admitted Pro Hac Vice)
Michelle E. Durieux, Esq.
(Admitted Pro Hac Vice)
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301

and

**COOPER LEVENSON, P.A.**
Kimberly Maxson-Rushton, Esq.
NV Bar No. 5065
Gregory A. Kraemer, Esq.
NV Bar No. 1091
1835 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Plaintiffs*

Dated this 1st day of July, 2021.

**LIPSON NEILSON P.C.**

*/s/ Megan H. Thongkham*
_____
Joseph P. Garin, Esq. (NV Bar No. 6653)
Megan H. Thongkham, Esq (NV Bar No. 12404)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Schroeter Goldmark & Bender, P.S.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____July 6, 2021_____