UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>REED HEIN & ASSOCIATES, LLC, et al.,<br><br>Defendants | Case No.: 2:17-cv-03007-APG-VCF<br><br>**Order Denying Objection to Magistrate Judge Order and Denying Motion to Strike**<br><br>[ECF Nos. 364, 380] |

Plaintiff Diamond Resorts U.S. Collection Development, LLC filed an objection (ECF No. 364) to Magistrate Judge Ferenbach's orders (ECF Nos. 342, 353, 355) resolving a number of discovery issues. I have reviewed the related papers and find that Magistrate Judge Ferenbach's orders are not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, I affirm them.

Defendant Schroeter, Goldmark, & Bender, P.S. (SGB) filed a motion (ECF No. 380) to strike an exhibit attached to Diamond's objection to Judge Ferenbach's order. The exhibit does not change my analysis on the objection, so I deny the motion to strike as moot.

I THEREFORE ORDER that Magistrate Judge Ferenbach's orders **(ECF Nos. 342, 353, 355) are affirmed** and plaintiff Diamond Resorts U.S. Collection Development, LLC's objection to those orders **(ECF No. 364) is denied.**

I FURTHER ORDER that defendant SGB's motion to strike **(ECF No. 380) is denied.**

DATED this 16th day of August, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE