1    ROBERT S. LARSEN, ESQ.
     Nevada Bar No. 7785
2    RACHEL L. WISE, ESQ.
     Nevada Bar No. 12303
3    DIONE C. WRENN, ESQ.
     Nevada Bar No. 13285
4    GORDON REES SCULLY MANSUKHANI, LLP
     300 South 4th Street, Suite 1550
5    Las Vegas, Nevada  89101
     Telephone:  (702) 577-9300
6    Facsimile:  (702) 255-2858
     E-Mail:  rlarsen@grsm.com
7              rwise@grsm.com
               dwrenn@grsm.com
8
     *Attorneys for Defendants*
9    *Reed Hein & Associates, LLC dba Timeshare Exit Team,*
     *Brandon Reed, Trevor Hein, Thomas Parenteau, and*
10   *Happy Hour Media Group, LLC*

11              UNITED STATES DISTRICT COURT

12                 DISTRICT OF NEVADA

13   DIAMOND RESORTS U.S. COLLECTION        )    Case No.:   2:17-cv-03007-APG-VCF
     DEVELOPMENT, LLC, a Delaware limited liability )
14   company,                               )
                                            )
15                      Plaintiffs,         )    **STATUS UPDATE REGARDING**
                                            )    **NOTICE OF SETTLEMENT**
16   vs.                                    )    **[ECF No. 474]**
                                            )
17   REED HEIN & ASSOCIATES, LLC, d/b/a     )
     TIMESHARE EXIT TEAM, a Washington limited )
18   liability company; BRANDON REED, an individual )
     and citizen of the State of Washington; TREVOR )
19   HEIN, an individual and citizen of Canada;    )
     THOMAS PARENTEAU, an individual and citizen )
20   of the State of Washington; HAPPY HOUR MEDIA )
     GROUP, LLC, a Washington limited liability  )
21   company; MITCHELL REED SUSSMAN, ESQ.   )
     d/b/a THE LAW OFFICES OF MITCHELL REED )
22   SUSSMAN & ASSOCIATES, an individual citizen )
     of the State of California; SCHROETER,  )
23   GOLDMARK & BENDER, P.S. A Washington    )
     professional services corporation; and KEN B. )
24   PRIVETT, ESQ., a citizen of Oklahoma,   )
                                            )
25                      Defendants.         )

26   _____

27

28

-1-

Plaintiff Diamond Resorts U.S. Collection Development, LLC ("Plaintiff") by and through its counsel of record, and defendants Reed Hein & Associates, LLC, D/B/A Timeshare Exit Team; Brandon Reed; Trevor Hein; Thomas Parenteau; Happy Hour Media Group, LLC (collectively "TET Defendants" and with Plaintiff, the "Settling Parties"); by and through their counsel of record, hereby submit this Status Update Regarding the Notice of Settlement [ECF No. 474].

1.      On November 23, 2021, the Settling Parties submitted a Notice of Settlement [ECF No. 474] requested that the Court "grant the Settling Parties through and until January 7, 2022, to complete the settlement documents and file a request for dismissal."

2.      The Settling Parties have not filed a request for dismissal.

3.      The Settling Parties have reached agreement on the terms of the Settlement Agreement and are in the process of exchanging signatures.

4.      Under the terms of the Settlement Agreement, the Settling Parties agree to file a Joint Stipulation for Dismissal within a set timeline based on certain triggering events.

5.      Such triggering events have not yet occurred, however the parties anticipate that such triggering events will occur within the next 45 days.

///

///

///

///

///

///

///

///

///

///

///

///

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

6.      Therefore, the Settling Parties request an additional 45 days to complete the settlement activities and to file a Joint Stipulation for Dismissal.

Dated this 7th day of January, 2022.

**GREENSPOON MARDER, LLP**

*/s/  Phillip A. Silvestri*
RICHARD W. EPSTEIN, ESQ.
*Admitted Pro Hac Vice*
JEFFREY BACKMAN, ESQ.
*Admitted Pro Hac Vice*
MICHELLE E DURIEUX, ESQ.
*Admitted Pro Hac Vice*
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301

PHILLIP A. SILVESTRI, ESQ.
Nevada Bar No. 11276
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
*Attorneys for Plaintiff*

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/  Robert S. Larsen*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendants
Reed Hein & Associates, LLC dba Timeshare
Exit Team, Brandon Reed, Trevor Hein,
Thomas Parenteau, and Happy Hour Media
Group, LLC*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED ___1-10-2022_____

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-3-

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I HEREBY CERTIFY that on the 7th day of January, 2022, and pursuant to Fed. R. Civ.

Pro. 5, I served via CM/ECF and/or deposited for mailing in the U. S. Mail, a true and correct

copy of the foregoing STATUS UPDATE REGARDING NOTICE OF SETTLEMENT

[ECF No. 474] was served upon those persons designated by the parties in the E-Service Master

List upon the following:

R. Scott Rasmussen, Esq.
Gregory A. Kraemer, Esq.
Kimberly Maxson-Rushton, Esq.
COOPER LEVENSON, P.A.
3016 W. Charleston, #195
Las Vegas, NV 89102
srasmussen@cooperlevenson.com
gkraemer@cooperlevenson.com

and

Phillip A. Silvestri, Esq.
GREENSPOON MARDER, LLP
3993 Howard Hughes Parkway,
Suite 400
Las Vegas, NV 89169
Phillip.Silvestri@gmlaw.com

and

Richard W. Epstein, Esq.
Jeffrey Backman, Esq.
Michelle E Durieux, Esq.
GREENSPOON MARDER, LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com
*Attorneys for Plaintiffs*

/s/ Gayle Angulo
An Employee of GORDON REES SCULLY
MANSUKHANI, LLP

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-4-