Exhibit "4"

Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey A. Backman, Esq. (admitted *Pro Hac Vice*)
Michelle E. Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the | Case No.: 2:17-cv-03007-APG-VCF<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU, and HAPPY HOUR MEDIA GROUP, LLC** |

| |
|---|
| State of Washington; HAPPY HOUR MEDIA GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma, |
| Defendants. |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS REED HEIN & ASSOCIATES, LLC, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU, AND HAPPY HOUR MEDIA GROUP, LLC

Plaintiffs Westgate Resorts, Ltd., *et al.* and Defendants, Reed Hein & Associates, LLC, Brandon Reed, Trevor Hein, Thomas Parenteau, and Happy Hour Media Group (Plaintiffs and Defendants, together, the "Parties"), by and through their respective undersigned attorneys, and pursuant to the Parties' Confidential Settlement Agreement, hereby jointly stipulate to dismissal of the claims asserted against the above defined Defendants only, with prejudice, and with each of the Parties to bear their own attorney's fees and costs.

Respectfully submitted this 16 day of ~~January~~ February, 2022.

| GREENSPOON MARDER, LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| /s/ *[signature]* | /s/ *[signature]* |
| RICHARD W. EPSTEIN, ESQ.<br>*Admitted Pro Hac Vice*<br>JEFFREY BACKMAN, ESQ.<br>*Admitted Pro Hac Vice*<br>MICHELLE E DURIEUX, ESQ.<br>*Admitted Pro Hac Vice*<br>200 East Broward Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br><br>PHILLIP A. SILVESTRI, ESQ.<br>Nevada Bar No. 11276<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br><br>*Attorneys for Plaintiff* | ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>RACHEL L. WISE, ESQ.<br>Nevada Bar No. 12303<br>DIONE C. WRENN, ESQ.<br>Nevada Bar No. 13285<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*Reed Hein & Associates, LLC dba Timeshare Exit Team, Brandon Reed, Trevor Hein, Thomas Parenteau, and Happy Hour Media Group, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this  16  day of ~~January~~ February, 2022.

/s/ *Phillip A. Silvestri*
Phillip A. Silvestri

Richard W. Epstein, Esq. (admitted *Pro Hac Vice*)
Jeffrey A. Backman, Esq. (admitted *Pro Hac Vice*)
Michelle E. Durieux, Esq. (admitted *Pro Hac Vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301
Tel: 954 491-1120
Facsimile: 954-343-5624
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Michelle.Durieux@gmlaw.com

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702-978-4249
Fax: 954-333-4256
Phillip.Silvestri@gmlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington Limited Liability Company; BRANDON REED, an individual and citizen of the State of Washington; TREVOR HEIN, an individual and citizen of Canada; THOMAS PARENTEAU, an individual and citizen of the State of Washington; HAPPY HOUR MEDIA | Case No.: 2:17-cv-03007-APG-VCF <br><br> **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS ASSERTED AGAINST DEFENDANTS REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU, and HAPPY HOUR MEDIA GROUP, LLC** |

GROUP, LLC, a Washington Limited Liability Company; MITCHELL R. SUSSMAN, ESQ. d/b/a THE LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES, an individual and citizen of the State of California; SCHROETER, GOLDMARK & BENDER, P.S., a Washington Professional Services Corporation; and KEN B. PRIVETT, ESQ., a citizen of the State of Oklahoma,

Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS ASSERTED AGAINST DEFENDANTS REED HEIN & ASSOCIATES, LLC, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU, AND HAPPY HOUR MEDIA GROUP, LLC

THIS CAUSE having come before the Court on the parties' Joint Stipulation of Dismissal of the Claims Asserted Against Reed Hein & Associates, LLC, Brandon Reed, Trevor Hein, Thomas Parenteau, and Happy Hour Media Group, LLC, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the claims asserted against Reed Hein & Associates, LLC, Brandon Reed, Trevor Hein, Thomas Parenteau, and Happy Hour Media Group, LLC are hereby dismissed with prejudice with each of the parties bearing their own attorneys' fees and costs.

DONE AND ORDERED in Clark County, Nevada on this 17th day of February, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished to All Counsel of Record